IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAREN LURIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. ~~CV-05-773-L~~ |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, | ) 1:06CV34-MEF ) ) |
| Defendant. | ) |

### DECLARATION OF ANASTASIA PEDERSON PURSUANT TO 28 U.S.C. § 1746

1. My name is Anastasia Pederson. I make this declaration in support of the Notice of Removal filed in this matter by Globe Life and Accident Insurance Company ("Globe"). The following is my personal knowledge.

2. I am an Assistant General Counsel for Globe. I currently work in Globe's office located in Oklahoma City, Oklahoma, and make this declaration from said location.

3. Globe is a corporation organized and existing under the laws of the State of Delaware.

4. Globe's principal place of business is located in the State of Oklahoma.

5. Globe is not now, was not at the time of the filing of the Plaintiff's Complaint in this matter and has never been either organized and existing under the laws of the State of Alabama or had its principal place of business in the State of Alabama.

6. I declare under penalty of perjury that the foregoing is true and correct.

*Anastasia Pederson*
Anastasia Pederson

1/1410367.1

1


EXHIBIT B