IN THE CIRCUIT COURT FOR
HOUSTON COUNTY, ALABAMA

| | | |
|---|---|---|
| KAREN LURIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2005-773-L |
| | ) | |
| GLOBE LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED

2006 JAN 13  P 2: 17

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Globe Life and Accident Insurance Company ("Defendant") hereby gives notice to the Circuit Court of Houston County, Alabama, and to counsel for the Plaintiff, this Plaintiff being the only adverse party, that Defendant has today filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Southern Division, and that this case has been removed to that Court. Attached is a copy of the Notice of Removal.

DATED this 13th day of January, 2006.

_____
ROBERT E. POUNDSTONE IV (POU006)

One of the Attorneys for Defendant
Globe Life and Accident Insurance
Company

OF COUNSEL
Philip H. Butler
Robert E. Poundstone IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

1/1410316.1



EXHIBIT C

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

William B. Matthews, Jr., Esq.
Matthews & Filmore, LLC
Post Office Box 1145
Ozark, Alabama 36361

Christopher Sanspree, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 13th day of January, 2006.

_____
OF COUNSEL

1/1410316.1