IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KAREN LURIE, | ) | |
| | ) | CASE NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06 CV 34- MEF |
| | ) | Removed from the Circuit Court |
| GLOBE LIFE AND ACCIDENT | ) | of Houston County, Alabama, |
| INSURANCE COMPANY, | ) | Case No. CV-2005-773 |
| | ) | |
| Defendant. | ) | |

RECEIVED 2006 JAN 13 P 2:16

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the local rule of this Court, Globe Life and Accident Insurance Company ("Globe") files this corporate disclosure statement. Globe respectfully states that Globe is wholly owned by Torchmark Corporation, which is a publicly traded company.

ROBERT E. POUNDSTONE IV (POU006)

One of the Attorneys for Globe Life and
Accident Insurance Company

OF COUNSEL
Philip H. Butler
Robert E. Poundstone IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

1/1410299.1

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

William B. Matthews, Jr., Esq.
Matthews & Filmore, LLC
Post Office Box 1145
Ozark, Alabama 36361

Christopher E. Sanspree, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 13th day of January, 2006.

_____
OF COUNSEL

1/1410299.1