**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **KAREN LURIE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-00034-MEF |
| ) | Oral Argument Requested |
| **GLOBE LIFE AND ACCIDENT** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT GLOBE LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant **Globe Life and Accident Insurance Company** ("Globe") respectfully moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an entry of summary judgment on Plaintiff's claims. Globe is entitled to summary judgment because the record shows no genuine issue of material fact, thus entitling Globe to judgment as a matter of law. This motion is based upon all pleadings in this action and Globe's Brief in Support of its Motion for Summary Judgment, including the evidentiary submission attached thereto, which is being filed contemporaneously with this motion.

Globe relies on the following in support of its motion:

1.  The pleadings in this case;

2.  The deposition of Plaintiff Karen Lurie and exhibits thereto, which is attached to Globe's brief as Exhibit "A."

3.  The deposition of Barbara Hernandez, who is Globe's Vice President for Premium Accounting, and exhibits thereto, which is attached to Globe's brief as Exhibit "B."

4. The deposition of Sandy Whitaker, who is the Manager of Globe's Life Claims Department, and exhibits thereto, which is attached to Globe's brief as Exhibit "C."

5. The deposition of Daniel Mendoza, who is Globe's Supervisor of Customer Service, which is attached to Globe's brief as Exhibit "D."

Globe believes that it may be beneficial for the Court to hold an oral argument on this motion and, accordingly, Globe requests an oral argument if the Court also believes it would be beneficial.

Respectfully submitted this the 18th day of October, 2006.

      /s/Bobby Poundstone
Philip H. Butler (BUTL1716)
Robert E. Poundstone IV (POU006)

Attorneys for Defendant Globe Life and Accident Insurance Company

**OF COUNSEL:**

BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: pbutler@bradleyarant.com
      bpoundstone@bradleyarant.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 18th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 William B. Matthews, Jr., Esq.
 wbmatthews@snowhill.com

   and

 Christopher Sanspree, Esq.
 Chris.sanspree@beasleyallen.com.


             _/s/Bobby Poundstone_____
             Philip H. Butler (BUTL1716)
             Robert E. Poundstone IV (POU006)
             BRADLEY ARANT ROSE & WHITE LLP
             The Alabama Center for Commerce
             401 Adams Avenue, Suite 780
             Montgomery, AL 36104
             Telephone: (334) 956-7700
             Facsimile: (334) 956-7701
             E-mail: pbutler@bradleyarant.com
                 bpoundstone@bradleyarant.com

             Attorneys for Defendant Globe Life and
             Accident Insurance Company