Page 1

1          IN THE UNITED STATES DISTRICT FOR

2    THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

3

4    KAREN LURIE,                )
                                 )
5              Plaintiff,        )
                                 )
6    vs.                         )   NO. 1:06-cv-0034MEF
                                 )
7                                )
                                 )
     GLOBE LIFE AND ACCIDENT     )
8    INSURANCE COMPANY,          )
                                 )
9              Defendant.        )

10

11

12          DEPOSITION OF BARBARA HERNANDEZ

13        TAKEN ON BEHALF OF THE PLAINTIFF

14          IN OKLAHOMA CITY, OKLAHOMA

15            ON SEPTEMBER 14, 2006

16

17

18    REPORTED BY:  ELIZABETH CAUDILL, CSR, RMR, CRR

19

20

21

22

23    **REPORTING & VIDEO, INC.**

24    ROBINSON RENAISSANCE          MID-CONTINENT TOWER
      119 N. Robinson, Suite 650    401 South Boston, Suite 310
      Oklahoma City, Oklahoma 73102 Tulsa, Oklahoma 74103
25    405-235-4106                  918-599-0507

depo@drreporting.com

EXHIBIT B
ALL-STATE LEGAL®

COPY

Page 2

```
 1                    A P P E A R A N C E S

 2    For the Plaintiffs: Christopher E. Sanspree
      (By videoconference)Attorney at Law
 3                         218 Commerce Street
                           Montgomery, Alabama 36104
 4

 5    For the Defendant:   Robert Poundstone, IV
                           Philip H. Butler
 6                         Attorneys at Law
                           401 Adams Avenue, Suite 780
 7                         Montgomery, Alabama 36104

 8

 9                         Anastasia Pederson
                           Attorney at Law
10                         Globe Life Center
                           204 North Robinson, Suite 300
11                         Oklahoma City, Oklahoma 73102

12    Also Present:        Bilinda Hines
      (By videoconference)
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CONTENTS

 2                                    Page   Line

 3   Direct Examination by          . . . .

 4   Cross-Examination by           . . . .

 5   Redirect Examination by        . . .

 6   Jurat Page . . . . . . . . . . . . .

 7   Witness Signature Page . . . . . . . .

 8   Reporter's Certificate. . . . . . . .

 9

10

         DEFENDANT'S INDEX OF EXHIBITS

11                                    Page     Line

12

13   Exhibit 1 . . . . . . . . . . . .

14   Exhibit 2 . . . . . . . . . . . .

15   Exhibit 3 . . . . . . . . . . . .

16   Exhibit 4 . . . . . . . . . . . .

17

18

19
                    * * * * * *
20

21

22

23

24

25
```

1                S T I P U L A T I O N S

2               IT IS HEREBY STIPULATED AND AGREED by

3        and among the attorneys for the respective

4        parties hereto that the deposition of BARBARA

5        HERNANDEZ may be taken on behalf of the PLAINTIFF

6        on SEPTEMBER 14, 2006 in Oklahoma City, Oklahoma,

7        by Elizabeth Caudill, Certified Shorthand

8        Reporter within and for the State of Oklahoma,

9        pursuant to Notice.

10              IT IS FURTHER STIPULATED AND AGREED by

11       and among the attorneys for the respective

12       parties hereto that all objections, except as to

13       the form of the question, are reserved until the

14       time of trial, at which time they may be made

15       with the same force and effect as if made at the

16       time of the taking of this deposition.

17                    *   *   *   *   *   *

18

19

20

21

22

23

24

25

1              * * * * * *

2              BARBARA HERNANDEZ,

3    having been first duly sworn at 12:39 p.m.,

4    deposes and says in reply to the questions

5    propounded as follows, to wit:

6              DIRECT EXAMINATION

7    BY MR. SANSPREE:

8         Q    Ms. Hernandez, my name is Chris

9    Sanspree, and I'm representing Ms. Lurie in a

10   lawsuit we filed against Globe Life Insurance,

11   actually Globe Life and Accident Insurance

12   Company.  And we've noticed your deposition.

13   We've asked that you come and testify regarding

14   premium payments and stuff like that.

15             Are you aware of why you're here?

16        A    Yes.

17        Q    And have you seen what I'll call a

18   deposition notice?  I sent your attorneys a

19   notice of your deposition.  I just want to know

20   whether you've seen it or not.

21        A    Yes, I have.

22             MR. SANSPREE:  I'm going to go ahead

23   and mark that, Bobby, as Exhibit 1.

24             MR. POUNDSTONE:  I'm trying to think,

25   would it be easier to renumber them all or for

1    you to just pick up where you ended of numbering

2    on that last deposition?

3            MR. SANSPREE:  My legal assistant's

4    here, and she said we want to renumber them.  Is

5    it easier for the court reporter to -- how do you

6    want to handle it?

7            (Off the record)

8            (Plaintiff's Exhibit Number 1 marked

9            for identification purposes and made a

10           part of the record)

11   Q    (By Mr. Sanspree) Ms. Hernandez, now,

12   on this depo notice that I sent your attorneys, I

13   ask that certain -- if you had them, if you had

14   any documents that are listed here -- we can read

15   over them as 1 through 9 -- if you have anything

16   to bring it with you.

17           Do you have anything responsive to

18   those requests?

19   A    I did bring copies of everything that

20   we've provided with me, and they're all -- as

21   requested.

22   Q    And I asked a bad question.  Anything

23   additional that you haven't given to me, do you

24   have anything else that has not been produced to

25   me?

1          A    I have a copy of my inventory sheets

2    where it shows where our mail inventory was on

3    the days that the payment was processed.  That

4    wasn't specific to the plaintiff, so I don't

5    think that that was provided.

6                MR. POUNDSTONE:  Actually, I think we

7    may have.

8                MR. SANSPREE:  I think they did,

9    Ms. Hernandez.  I think Bobby sent me that this

10   morning, but I'll ask you about that.

11               Bobby, I guess we'll mark everything

12   you've sent to me today as Exhibit 2?

13               MR. POUNDSTONE:  There's one thing that

14   I don't think came from either Sandy or Barbara,

15   now that I look at it.  Did you --

16               MS. PEDERSON:  I thought we faxed that

17   last night.

18               MR. POUNDSTONE:  We faxed this, but was

19   this something that you gave me, or was that

20   something that we just --

21               THE WITNESS:  That's actually something

22   that I had provided to Staci.

23               MR. POUNDSTONE:  So you know what it

24   is?

25               THE WITNESS:  Yes.

1          MR. SANSPREE:  Bobby, just for the

2   record, these aren't -- what you faxed to me last

3   night aren't Bates labeled, so I really can't

4   refer to them as that, but without the cover

5   page --

6          MR. POUNDSTONE:  One way to do them is

7   you have the phone -- just the sheet with just

8   the phone computer notations on them.

9          Then the other documents, one of them

10   is page 1 of 1 and the other one is page 82

11   through 90 of 198, so you could probably refer to

12   those pages by their numbers.

13          MR. SANSPREE:  You're right.  The

14   first -- how I've got it set up is the first page

15   that I'm going to mark collectively as Exhibit 2

16   just has the telephone numbers.  And I don't

17   know, looks like -- let's see -- like 15 times or

18   12 to 15 times.  I hadn't counted them, but just

19   guessing.  And that's the first page of Exhibit

20   2.  And then the second group of pages would be

21   the 82 through 90 of 198.

22          MR. POUNDSTONE:  Do you want to mark

23   those as Exhibit 3?

24          MR. SANSPREE:  No.  So you all have the

25   exhibits set up like I'm reading it.

1          MR. POUNDSTONE:  Okay.

2          MR. SANSPREE:  Then the last page will

3    be that 1 of 1 that you just referenced.

4          MR. POUNDSTONE:  Okay.

5          MR. SANSPREE:  All of that together

6    would make up Exhibit 2.

7          MR. POUNDSTONE:  I think they're going

8    to be separate documents.  You may want to do the

9    first page with the telephone listing as Exhibit

10   2, and then the other ones collectively as 3.

11         MR. SANSPREE:  Let's do that.  The

12   telephone records, or the page with the telephone

13   numbers on there, is Exhibit 2.  Exhibit 3 will

14   be the 82 through 90 of 198, and then Exhibit 4

15   would be that 1 of 1.

16              (Plaintiff's Exhibit Number 2, 3 and 4

17              marked for identification purposes and

18              made a part of the record)

19   Q    (By Mr. Sanspree) Now, Ms. Hernandez,

20   looking at Exhibit 2 which is that first page

21   with the telephone numbers, did you generate this

22   information?

23   A    I did generate it, yes.

24   Q    How did you come about this

25   information?  Did you get it off the computer

1    system?

2         A    Yes.

3         Q    Did you do that at the request of your

4    attorneys or acting on your attorney's behalf?

5         A    I did after a conversation Staci and I

6    had about the upcoming lawsuit.

7         Q    Can you tell me, just for the record,

8    what Exhibit 2 is?  I can look at it and tell you

9    it's some phone numbers, but tell us what Exhibit

10   2 is.

11        A    This list actually comes from an

12   application that's used in customer service.  I

13   have access to it on my computer because I

14   routinely monitor telephone calls, and so I

15   pulled a list of all of the calls that came from

16   a phone number that I found on the master file

17   that belonged to the Luries.

18        Q    And Ms. Hernandez, how familiar are you

19   with the telephone systems at Globe Life?

20        A    Fairly familiar.  I -- you know --

21        Q    Do you know -- go ahead.  I'm sorry.

22   That's one thing we ran into last time.  Stop

23   real quick.

24             One thing we ran into in the last

25   deposition is there's like a two second lag

1    between what you say -- my questions and what you

2    say.  If you stop for one second, I'll ask

3    another question.  I'll do the same, you'll do

4    the same.

5              First let me ask you this.  I know you

6    use the telephone and everything like that in

7    your day-to-day activities, but are you familiar

8    with the recording and how the telephone numbers

9    are recorded on the telephone system?

10        A    Yes, I am.

11        Q    Can you tell us how those are recorded?

12        A    The Eon system is the software vendor

13   that we use, has a mechanism that records the

14   phone numbers, much like you would have Caller

15   ID at home.  And that information is maintained

16   in a database that can be queried.

17        Q    Just for the record, what type of

18   system?  You said Eon.  Can you spell that for

19   me?

20        A    E-O-N.

21        Q    Okay.  You said it's kind of like a

22   Caller ID system.  I know at my house I can mash

23   a button and it will show all the numbers.

24              Is there a certain amount of time --

25   does this keep the numbers forever or does it

Page 12

1    purge itself?

2         A    It does not purge itself; however, I

3    don't know the details about how long we maintain

4    information.

5              When we first got the system -- and I

6    don't know the exact date but it was early in

7    2004 -- when we first got the system, we had not

8    yet set archive dates as far as how long we would

9    keep calls.

10        Q    Did you have this system in January of

11   2004?

12        A    I don't know that for sure.  I don't

13   believe so.

14        Q    Who would know that, what date you all

15   got this system?

16        A    Our customer service supervisors may

17   know the date.

18        Q    And would that be --

19             MR. SANSPREE:  Phil, is that the guy

20   that's coming in later?

21             MR. BUTLER:  Yeah.  I think, Chris,

22   don't hold me to this, but I think it was

23   sometime in March that we got it.

24        Q    (By Mr. Sanspree) Now, Ms. Hernandez,

25   these numbers, are they recorded when a phone

1    call is made or comes in, or when somebody has

2    to -- does somebody have to enter it on the

3    computer?

4        A    They're automatically recorded when the

5    phone call comes in.

6        Q    And this generation -- the information

7    that's generated by you regarding the phone

8    calls, evidently there were some specific to

9    a certain telephone number.  How did you come

10   across this number?

11       A    It was on --

12       Q    Were you provided that information by

13   your attorney?

14       A    It was on the master file record for

15   the policy in question.  The phone number was

16   a part of that record.  I put the phone number

17   into a query to the database.

18       Q    And these are all the calls -- can you

19   do a cutoff?  Are these all the calls you

20   received, I guess, from March 11th, 2004, to

21   present or did you stop it down at May 28th?

22       A    To the -- to my knowledge, these are

23   all the calls.  I don't recall putting in a time

24   frame.

25       Q    Okay.  Can you tell us your position

1    with Globe Life?

2        A    Vice-president of the premium

3    accounting department.

4        Q    And how long have you been employed

5    with Globe Life, please, ma'am?

6        A    26 years.  I've actually been there for

7    30.

8        Q    What do you mean, you've been employed

9    for 26 but been there for 30?

10       A    I'm sorry.  I left the company for a

11   short period of time.  I've been there since 1976

12   but have a total work history of 26 years.

13       Q    And have you always been in the premium

14   accounting department?

15       A    No, I haven't.

16       Q    Can you tell us what other departments

17   you were in before?

18       A    I started in premium accounting.  I

19   rotated through some other functions that

20   included a piece of customer service, living

21   benefits, some other customer service functions,

22   our general accounting department which we also

23   called financial accounting at the time, and then

24   back to premium accounting.

25       Q    And how long have you been in premium

1  accounting this time?

2      A    I've been back at Globe for five years.

3  I've been in premium accounting that entire time.

4  I was in premium accounting just prior to leaving

5  Globe as well.

6      Q    You say premium accounting.  Can you

7  tell us what that -- what your job duties are?

8      A    I manage the receipt and processing of

9  all premium collections.  And that's for all

10  collection types, not only for our direct bill

11  business but all of the payment options that we

12  offer to policyholders.

13      Q    And do you have an accounting degree or

14  anything like that?  You're not having to do any

15  mathematic computations, are you?

16      A    I'm not, no.  And no, I don't have a

17  degree.

18      Q    I'm just trying to figure out what that

19  department -- so basically the department,

20  premium accounting department is that you just

21  get the premiums and make sure they are credited

22  to the proper policy?

23      A    That's correct.

24      Q    And now I'm going to refer you to

25  Exhibit 3 which is one of the documents that

Page 16

1    Bobby faxed -- somebody faxed to us.  I think

2    Phil did, either that or Bobby.  I can't

3    remember.

4              Now, do you have those, ma'am?

5        A    Yes, I do.

6        Q    Okay.  Can you tell us what Exhibit 3

7    is?

8        A    Exhibit 3 is a print of the detail of

9    items processed by the clerk that processed the

10   Lurie's check on January 16th.  I printed a

11   detail of all of the pages that encompassed the

12   premiums she processed that day.

13       Q    And when you say "she," are you

14   referring to this Jeannie at the top?

15       A    Yes.  Yes, I am.

16       Q    So when it says Globe -- I'm reading

17   from the top of the first page, it says "Globe

18   Life," and it says "Premium accounting exception

19   transactions."  Then under that it says "Balance

20   report - detail for Jeannie Reaka"?

21       A    Jeannie Reaka.

22       Q    Now, she's the one that would enter all

23   this information?  I guess these are her --

24       A    That's correct, she entered the

25   information for all of these payments.

1    Q    And it's your testimony that you

2    printed this off of the computer system yourself;

3    correct --

4    A    That's correct.

5    Q    -- Exhibit 3?  The second page of

6    Exhibit 3, if you go the third check down, says

7    check number 950, premium payment of 33.60.

8    $33.60?

9    A    Yes, I see it.

10    Q    And to your information, is that a

11    Lurie payment for the policy we're here today on?

12    A    Yes, it is.

13    Q    And it has a process date, do you see

14    over to the right where it says 1/16/04?  Do you

15    see that?

16    A    Yes.

17    Q    And could you tell us, does that mean

18    that the check was processed on January 16th,

19    2004, by Globe Life?

20    A    Yes, that's what it means.

21    Q    And could you tell us what "processed"

22    means?

23    A    Processed means that that payment

24    information was put into our system for it to be

25    used to update the policy.  That would have

1    happened in the nightly cycle on January 16th.

2       Q    Obviously that was done for this

3    policy; correct?

4       A    That's correct.

5       Q    In the premium accounting department,

6    are you familiar or do you know one way or the

7    other whether somebody's late on their premium

8    payments or not?

9       A    We do, yes.

10      Q    And how are you made aware of that?  Is

11   it something that's on the computer system?  Tell

12   me how you would know if somebody was late on

13   their premium payments.

14      A    By the -- by the paid to date.  We have

15   certain criteria that if the payment is being

16   systematically processed, the machine would not

17   allow a payment to process after a certain number

18   of days.  This payment was handled manually.  The

19   clerk would have --

20      Q    What do you mean by that?

21      A    The clerk entered this information by

22   keying it into the computer.

23      Q    Did the machine allow her to process

24   this claim or this check for payment?

25      A    The computer did allow her to process

1    this payment, yes.

2         Q    So there was no hold or anything like

3    that on the policy when this premium payment was

4    made; correct?

5         A    That's correct.

6         Q    And I noticed, just by looking through

7    these documents pretty quick, that on page 2 it's

8    got, right next to where it says check number 950

9    and you go across the middle, at the top it says

10   "over-under" and it has .60.  Looks like 60

11   cents.  Do you know what -- what does that mean?

12        A    Over-under is the terminology used on

13   this system for long and short.  The two-month

14   premium calculated by the system was $33 even.

15   We received a payment for $33.60.  Our tolerance

16   rules allowed us to take that 60 cents to long

17   and short.

18        Q    Can you explain -- a lot of folks that

19   might be listening to this or hearing this

20   testimony won't know anything about insurance or

21   accounting or anything like that.  Can you

22   explain what long and short is?

23        A    Long and short would be an amount that

24   we will accept a payment, whether it is long, in

25   this case it was 60 cents long for what the

1    calculation for the two-month mode was, or it

2    could have been short by the same amount and we

3    still would have accepted it.

4        Q    And just for the record, long means an

5    overpayment?

6        A    Yes.

7        Q    And short would be an underpayment?

8        A    That's correct.

9        Q    So they overpaid -- the Luries overpaid

10   60 cents, and that's acceptable; correct?

11       A    That's correct.

12       Q    But they could also have paid 60 cents

13   less, which would be 29.40, and that still would

14   be acceptable?

15       A    We still would have accepted it.

16       Q    Okay.  In your premium accounting

17   department, are you all responsible for sending

18   out premium notices?

19       A    That's a function of our billing area.

20       Q    That wouldn't be part of your --

21       A    In 2004, it actually was my

22   responsibility for billing.  I no longer have

23   responsibility for the billing area.

24       Q    Do you know when in two thousand --

25   when did it switch over to go to the billing

1    department from the premium notice department?

2         A    The responsibility for billing switched

3    over in late 2005.

4         Q    In your capacity with your employment

5    with Globe Life back in 2004, did you oversee the

6    issue of premium notices?

7         A    Yes, I did.

8         Q    And did you oversee -- to your

9    knowledge, did you oversee the issue of some

10   premium notices in this case?

11        A    It would have been in my

12   responsibility, yes.

13             MR. SANSPREE:  Bobby, I'm referring to

14   Lurie 24.  This should be something we produced

15   to you.

16             MR. POUNDSTONE:  Okay.

17             MR. SANSPREE:  Can you show the

18   witness, please, if you don't mind.

19             THE WITNESS:  I have it.

20        Q    (By Mr. Sanspree) Have you seen that

21   document before?

22        A    Yes, I have.

23        Q    And when did you see this document?

24   When is the first time you remember seeing this

25   one?

1          A     I reviewed a copy of this document

2     yesterday.

3          Q     Okay.  Other than reviewing it

4     yesterday, do you remember seeing this document

5     back in 2004?

6          A     No, I would not have personally seen

7     this document in 2004.

8          Q     And this document that I'm referring

9     to --

10               MR. SANSPREE:  Bobby, I guess we'll

11     mark it as 5.

12               (Plaintiff's Exhibit Number 5 marked

13               for identification purposes and made a

14               part of the record)

15          Q     (By Mr. Sanspree) Is this what you were

16     testifying to earlier that would come out of the

17     premium accounting office back then?

18          A     It would have come out of our billing

19     department which I had responsibility for at that

20     time.

21          Q     All right.  Maybe I'm confused, but the

22     billing -- you said it's the responsibility of

23     the billing department now but that changed in

24     2005.

25               Back in 2004, the premium notices, were

Page 23

1    they sent out by the premium accounting offices

2    back in 2004?

3         A    Not by the premium accounting office

4    specifically.  I was in charge of billing and

5    collections at that time.  I'm no longer in

6    charge of billing.

7         Q    Okay.  Are you familiar in any way with

8    the claim in this lawsuit?

9         A    Only what I have reviewed that is in

10   the file of what was provided.

11        Q    Is it standard accounting -- premium

12   accounting or billing practices in the billing

13   department to send out premium notices on

14   policies that have lapsed?

15        A    We send out a billing notice that is an

16   offer for reinstatement, and that is a standard

17   practice.

18        Q    What about on policies that have

19   lapsed, do you all send out premium notices that

20   there's no longer any policy in effect?

21        A    It is a premium notice but it's also an

22   offer of reinstatement.

23        Q    All right.  Well, I mean, say, for

24   instance, that a person doesn't have a policy --

25   or quit paying premiums a year ago.  Would you

Page 24

1    all send an offer of reinstatement to that

2    insured?

3        A    We would not.

4        Q    What I'm trying to get at, is there a

5    time period where you would stop sending premium

6    notices or offers of reinstatement?

7        A    Yes.  After 60 days we do not send

8    another offer.

9        Q    Ms. Hernandez, I guess you're here just

10   to tell us that the premium was made and

11   processed on the 16th of January, 2004, and

12   that's basically it?

13            MR. BUTLER:  She's here to answer your

14   questions.

15       Q    (By Mr. Sanspree) Was the premium made

16   and processed on January 16th, 2004?

17       A    There was, indeed, a premium processed

18   on January 16th.

19            MR. SANSPREE:  Well, thank you for your

20   time.

21            THE WITNESS:  Thank you.

22            MR. SANSPREE:  I don't have any other

23   questions.

24            (Deposition adjourned at 1:03 p.m.)

25

Page 25

1                    C E R T I F I C A T E

2

3    STATE OF OKLAHOMA        )
                              )  SS:
4    COUNTY OF OKLAHOMA       )

5

6            I, ELIZABETH CAUDILL, CSR in and for

7    the State of Oklahoma, certify that BARBARA

8    HERNANDEZ was by me sworn to testify the truth;

9    that the above and foregoing deposition was taken

10   by me in stenotype and thereafter transcribed and

11   is a true and correct transcript of the testimony

12   of the witness; that the deposition was taken on

13   SEPTEMBER 14, 2006 at 12:39 p.m. in Oklahoma

14   City, Oklahoma; that I am not an attorney for or

15   a relative of either party, or otherwise

16   interested in this action.

17           Witness my hand and seal of office on

18   this 25th day of September, 2006.

19                            Elizabeth Caudill
                       Oklahoma Certified Shorthand Reporter
20                            Certificate No. 0161
                          Exp. Date: December 31, 2006
21
                    _____
22                  ELIZABETH CAUDILL, CSR, RMR, CRR
                    CSR No. 161
23

24

25

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

KAREN LURIE,                          *
                                      *
    Plaintiff,                  *
                                      *
v.                                    *     **Case No. 1:06-cv-0034MEF**
                                      *
GLOBE LIFE AND ACCIDENT              *
INSURANCE COMPANY, et al.,           *
                                      *
    Defendant,                  *

## NOTICE OF TAKING DEPOSITION

TO:   **Barbara Hernandez**
      **Globe Life Insurance Company**
      c/o Robert E. Poundstone IV
      **Bradley Arant Rose & White, LLP**
      The Alabama Center for Commerce
      401 Adams Avenue, Suite 780
      Montgomery, Alabama 36104

    PLEASE TAKE NOTICE that pursuant to Alabama Rules of Civil Procedure

30(b)(5) and 30(b)(6), Plaintiff will take the deposition of **Barbara Hernandez** who will

testify to the procedures and practices as it relates to premiums. The deposition will take

place **September 14, 2006,** immediately following the deposition of **Sandy Whitaker** at

**119 N. Robinson Street, Suite 650, Oklahoma City, Oklahoma, 73102 via video**

**conference.**

    The Plaintiff requests that the deponent bring the following to the deposition:

1.    A copy of the Plaintiff's complete claims file.

2.    Copies of all documents, correspondence, policies, notes, memoranda, or

other things of any manner maintained by you pertaining to Plaintiff.



PLAINTIFF'S
EXHIBIT
#1
Hernandez

3.    Copies of all documents, correspondence, notes, memoranda, or things of any manner received from Plaintiff.

4.    Copies of all documents, correspondence, notes, memoranda, or things of any manner generated by you, pertaining to Plaintiff or to Plaintiff's policy of insurance issued by Defendant Insurance Company.

5.    Copies of all documents, correspondence, notes, memoranda, or things of any manner sent to you concerning Plaintiff.

6.    Any diary, notes, or recordings of any nature concerning telephones conversations with Plaintiff or anyone acting on his behalf.

7.    Any and all documents in this Defendant's possession or control supporting the answer or defenses of this Defendant in this action.

8.    Copies of all documents, correspondence, notes, or memoranda between you and Defendants pertaining to Plaintiff's policy of insurance and/or claim.

9.    Any and all documents in this Defendant's possession or control supporting the answer or defenses of this Defendant in this action.

CHRISTOPHER E. SANSPREE
Attorney for the Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 Telephone/(334) 954-7555 Facsimile

Mr. William B Matthews, Jr.
**Matthews & Filmore, L.L.C.**
Post Office Box 1145
Ozark, Alabama 36361
(334) 774-8804 telephone

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of the same in the United States Mail, first class, postage prepaid on this the **31st** day of **August,** 2006.

OF COUNSEL

Robert E. Poundstone IV
**Bradley Arant Rose & White, LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
(334) 956-7700
(334) 956-7701 fax



| | | | | | | |
|---|---|---|---|---|---|---|
| 2004-03-11 02:58:36 CST | 4423 | 1 | 1:32 | 5433 | 3349833887 | 593803 | 702083 |
| 2004-03-22 07:57:07 CST | 4438 | 2 | 12:30 | 5433 | 3349833887 | 716643 | 730734 |
| 2004-03-22 08:26:50 CST | 4417 | 1 | 7:30 | 5433 | 3349833887 | 717784 | 730953 |
| 2004-03-24 02:08:08 CST | 4416 | 1 | 3:37 | 5433 | 3349833887 | 741863 | 735744 |
| 2004-03-24 02:26:52 CST | 4433 | 2 | 6:37 | 5433 | 3349833887 | 742264 | 735886 |
| 2004-04-08 03:25:25 CDT | 4440 | 2 | 4:41 | 5433 | 3349833887 | 912107 | 773466 |
| 2004-04-09 11:15:41 CDT | 4433 | 2 | 8:19 | 5433 | 3349833887 | 934296 | 779517 |
| 2004-04-22 09:20:22 CDT | 4409 | 2 | 8:50 | 5433 | 3349833887 | 1065918 | 810258 |
| 2004-05-20 06:32:24 CDT | 4419 | 1 | 0:12 | 5433 | 3349833887 | 1345424 | 872833 |
| 2004-05-24 02:56:37 CDT | 4410 | 2 | 1:40 | 5433 | 3349833887 | 1366692 | 877925 |
| 2004-05-28 08:32:41 CDT | 4446 | 1 | 5:52 | 5433 | 3349833887 | 1429018 | 893489 |

Case 1:06-cv-00084-MEF-TFM   Document 15   Filed 10/18/2006   Page 8 of 40

PLAINTIFF'S
EXHIBIT
3

## Globe Life
## Premium Accounting Exception Transactions
## Balance Report - Detail for Jeannie Reaka

| Trans ID | PolicyNo | S | M | Check Amt | Cash | Premium | Loan | Over/Under | Suspense | Refund | Processed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 366,564 | Check:# 9881 | N | N | $ 7.88 | 7.88 | (7.88) | | | | | 1/16/04 01:38:49 PM |
| 356,565 | Check:# 9914  00J645744 | N | N | $ 9.72 | 9.72 | (9.72) | | | | | 1/16/04 01:39:17 PM |
| 356,569 | Check:# 9870  00J645745 | N | N | $ 7.88 | 7.88 | (7.88) | | | | | 1/16/04 01:40:18 PM |
| 356,571 | 00J645743 | N | N | | | | | | | | |
| 355,571 | Check:# 5911  00D388915 | N | N | $ 27.50 | 14.00 | (14.00) | | | | | |
| 355,574 | 00D807603 | | | | 13.50 | (13.50) | | | | | 1/16/04 01:40:55 PM |
| 356,629 | Check:# 2556  00F398028 | N | N | $ 10.00 | 10.00 | (10.00) | | | | | 1/16/04 01:42:19 PM |
| 356,632 | Check:# 4708  00D589416 | N | N | $ 25.00 | 25.00 | (25.00) | | | | | 1/16/04 01:51:39 PM |
| 356,634 | Check:# 9557  00J472383 | N | N | $ 7.88 | 7.88 | (7.88) | | | | | 1/16/04 01:52:11 PM |
| 356,634 | Check:# 2097  00K172667 | N | N | $ 38.70 | 16.47 | (16.47) | | | | | |
| 366,639 | 00K194025 | | | | 22.23 | (22.23) | | | | | 1/16/04 01:52:50 PM |
| 366,639 | Check:# 7055  00D145676 | N | N | $ 35.00 | 35.00 | (35.00) | | | | | 1/16/04 01:53:31 PM |

Report Date: 09/11/2006
Trans Beginning: 01/16/2004
Trans Ending: 01/16/2004

# Globe Life
## Premium Accounting Exception Transactions
## Balance Report - Detail for Jeannie Reaka

Page: 83 of 198
Report: PremAcct Detail by Operator

| Trans ID | PolicyNo | S - M | Check Amt | Cash | Premium | Loan | Over/Under | Suspense | Refund | Processed |
|---|---|---|---|---|---|---|---|---|---|---|
| Check:# 5413 356,641 | 00E946488 | N N $ | 11.50 | $ 11.50 | (11.50) | | | | | 1/16/04 01:54:08 PM |
| Check:# 613 356,643 | 00J352308 | N N $ | 41.22 | $ 41.22 | (41.22) | | | | | 1/16/04 01:54:42 PM |
| Check:# 950 356,645 | 14J522138 | N N $ | 33.60 | $ 33.60 | (33.00) | | $ (0.60) | | | 1/16/04 01:55:16 PM |
| Check:# 1553 356,647 | 006637886 | N N $ | 30.48 | $ 30.48 | (30.48) | | | | | 1/16/04 01:55:43 PM |
| Check:# 1004 356,653 | 005102676 | N N $ | 150.00 | $ 150.00 | (150.00) | | | | | 1/16/04 01:56:19 PM |
| Check:# 7250 356,654 | 00C097694 | N N $ | 59.64 | $ 59.64 | (59.64) | | | | | 1/16/04 01:56:50 PM |
| Check:# 4723 356,656 356,656 | 00H332145 00H332146 | N N $ | 33.00 | $ 18.00 $ 15.00 | (18.00) (15.00) | | | | | 1/16/04 01:57:25 PM |
| Check:# 3334 356,662 | 00H089947 | N N $ | 66.36 | $ 66.36 | (66.36) | | | | | 1/16/04 01:57:57 PM |
| Check:# 0705 356,671 | 00C116267 | N N $ | 40.00 | $ 40.00 | (40.00) | | | | | 1/16/04 01:59:23 PM |
| Check:# 7020 356,679 | 00G153045 | N N $ | 30.78 | $ 30.78 | (30.78) | | | | | 1/16/04 02:00:31 PM |

Report Date: 09/11/2006
Trans Beginning: 01/16/2004
Trans Ending: 01/16/2004

# Globe Life
## Premium Accounting Exception Transactions
## Balance Report - Detail for Jeannie Reaka

| Trans ID | PolicyNo | S - M | Check Amt | Cash | Premium | Loan | Over/Under | Suspense | Refund | Processed |
|---|---|---|---|---|---|---|---|---|---|---|
| **Check:# 323** | | | | | | | | | | |
| 356,686 | 00J542499 | N N $ | 33.00 | $ 7.95 | $ (7.95) | | | | | 1/16/04 02:01:20 PM |
| 356,686 | 00J542500 | | | $ 8.74 | $ (7.95) | | $ (0.79) | | | |
| 356,686 | 00J542501 | | | $ 8.30 | $ (7.95) | | $ (0.35) | | | |
| 356,686 | 00J542502 | | | $ 2.67 | $ (2.43) | | $ (0.24) | | | |
| 356,686 | 00J542503 | | | $ 2.67 | $ (2.43) | | $ (0.24) | | | |
| 356,686 | 00J542504 | | | $ 2.67 | $ (2.43) | $ | $ (0.24) | | | |
| **Check:# 1022** | | | | | | | | | | |
| 356,693 | 00J473267 | N N $ | 42.26 | $ 42.26 | $ (42.26) | | | | | 1/16/04 02:01:59 PM |
| **Check:# 573** | | | | | | | | | | |
| 356,696 | 00J473268 | N N $ | 47.50 | $ 47.50 | $ (47.50) | | | | | 1/16/04 02:02:27 PM |
| **Check:# 3856** | | | | | | | | | | |
| 356,701 | 00H344320 | N N $ | 89.77 | $ 50.46 | $ (48.35) | | | | | 1/16/04 02:03:06 PM |
| 356,701 | 00H344321 | | | $ 39.31 | $ (39.31) | $ | $ (2.11) | | | |
| **Check:# 9002** | | | | | | | | | | |
| 356,707 | 00J649804 | N N $ | 17.00 | $ 17.00 | $ (17.00) | | | | | 1/16/04 02:03:41 PM |
| **Check:# 9004** | | | | | | | | | | |
| 356,710 | 00J647542 | N N $ | 5.60 | $ 5.60 | $ (5.56) | $ | $ (0.04) | | | 1/16/04 02:04:14 PM |
| **Check:# 9003** | | | | | | | | | | |
| 356,744 | 00J647541 | N N $ | 5.60 | $ 5.60 | $ (5.56) | $ | $ (0.04) | | | 1/16/04 02:12:44 PM |
| **Check:# 5103** | | | | | | | | | | |
| 356,747 | 004232425 | N N $ | 11.25 | $ 11.25 | $ (11.25) | | | | | 1/16/04 02:13:08 PM |

# Globe Life
## Premium Accounting Exception Transactions
### Balance Report - Detail for Jeannie Reaka

| Trans ID | PolicyNo | S - M | Check Amt | Cash | Premium | Loan | Over/Under | Suspense | Refund | Processed |
|---|---|---|---|---|---|---|---|---|---|---|
| Check:# 256 | | | | | | | | | | |
| 356,754 | 00H574861 | N N | $ 128.72 | | | | | | | 1/16/04  02:14:48 PM |
| 356,754 | 00H574862 | | | $ 19.08 | (19.08) | | | | | |
| 356,754 | 00H574863 | | | $ 15.48 | (15.48) | | | | | |
| 356,754 | 00H574864 | | | $ 8.06 | (8.06) | | | | | |
| 356,754 | 00H702154 | | | $ 8.06 | (8.06) | | | | | |
| 356,754 | 00H702155 | | | $ 10.92 | (10.92) | | | | | |
| 356,754 | 00H702156 | | | $ 10.92 | (10.92) | | | | | |
| 356,754 | 00H702157 | | | $ 9.94 | (10.92) | | $ 0.98 | | | |
| 356,754 | 00H702157 | | | $ 7.26 | (8.06) | | $ 0.80 | | | |
| 356,754 | 00K166631 | | | $ 39.00 | (42.00) | | $ 3.00 | | | |
| Check:# 3665 | | | | | | | | | | |
| 356,758 | 00A823344 | N N | $ 44.10 | | | | | | | 1/16/04  02:15:23 PM |
| 356,758 | 00A823345 | | | $ 23.85 | (23.85) | | | | | |
| 356,758 | | | | $ 20.25 | (20.25) | | | | | |
| Check:# 1954 | | | | | | | | | | |
| 356,760 | 00F154423 | N N | $ 40.00 | $ 40.00 | (40.00) | | | | | 1/16/04  02:15:48 PM |
| Check:# 536 | | | | | | | | | | |
| 356,764 | 00G579744 | N N | $ 52.00 | | | | | | | 1/16/04  02:16:27 PM |
| 356,764 | 00G579745 | | | $ 16.35 | (16.35) | | | | | |
| 356,764 | 00G580776 | | | $ 15.61 | (15.61) | | | | | |
| 356,764 | 00G796477 | | | $ 7.88 | (7.88) | | | | | |
| 356,764 | | | | $ 12.16 | (12.16) | | | | | |
| Check:# 6273 | | | | | | | | | | |
| 356,770 | 00H959265 | N N | $ 25.06 | $ 12.53 | (12.53) | | | | | 1/16/04  02:17:34 PM |
| 356,770 | 00H959266 | | | $ 12.53 | (12.53) | | | | | |
| Check:# 6264 | | | | | | | | | | |
| 356,771 | 00C465620 | N N | $ 19.00 | $ 19.00 | (19.00) | | | | | 1/16/04  02:18:05 PM |

Globe Life
Premium Accounting Exception Transactions
Balance Report - Detail for Jeannie Reaka

| Trans ID | PolicyNo | S | M | Check Amt | Cash | Premium | Loan | Over/Under | Suspense | Refund | Processed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check:# 4959 | | | | | | | | | | | |
| 356,778 | 00K209139 | N | N | $ 11.12 | | | | | | | |
| 356,778 | 00K209140 | | N | $ | 5.56 | $ (5.56) | | | | | |
| | | | | | $ 5.56 | | | | | | 1/16/04 02:19:40 PM |
| Check:# 4676 | | | | | | | | | | | |
| 356,781 | 00C276502 | N | N | $ 31.20 | | | | | | | |
| 356,781 | 00C276503 | | | $ | 10.40 | $ (10.40) | | | | | |
| 356,781 | 00C276504 | | | $ | 10.40 | $ (10.40) | | | | | 1/16/04 02:20:10 PM |
| Check:# 349 | | | | | | | | | | | |
| 356,788 | 00H952068 | N | N | $ 12.00 | | | | | | | |
| 356,788 | 00H952069 | | | $ | 4.10 | $ (4.10) | | | | | |
| 356,788 | 00H952069 | | | $ | 4.10 | $ (4.10) | | | | | |
| 356,788 | 00J493976 | | | $ | 3.80 | $ (4.10) | | 0.30 | | | 1/16/04 02:21:08 PM |
| Check:# 2098 | | | | | | | | | | | |
| 356,793 | 00C757144 | N | N | $ 42.00 | $ 42.00 | $ (40.00) | | $ (2.00) | | | 1/16/04 02:21:57 PM |
| Check:# 2472 | | | | | | | | | | | |
| 356,798 | 00A987278 | N | N | $ 28.00 | $ 28.00 | $ (27.00) | $ | (1.00) | | | 1/16/04 02:23:06 PM |
| Check:# 512 | | | | | | | | | | | |
| 356,796 | 00G622395 | N | N | $ 128.12 | | | | | | | |
| 356,796 | 00G622396 | | | $ | 69.72 | $ (72.00) | $ | 2.28 | | | |
| | | | | | $ 58.40 | $ (58.40) | | | | | 1/16/04 02:22:37 PM |
| Check:# 495/496 | | | | | | | | | | | |
| 356,857 | 00F536220 | N | N | $ 65.12 | $ 65.12 | $ (62.28) | $ | (2.84) | | | 1/16/04 03:09:00 PM |
| Check:# 5472 | | | | | | | | | | | |
| 356,863 | 00G413938 | N | N | $ 15.50 | | | | | | | |
| 356,863 | 00G413939 | | | $ | 9.72 | $ (9.72) | | | | | |
| | | | | | $ 5.78 | $ (5.78) | | | | | 1/16/04 03:09:45 PM |

Report Date: 09/11/2006
Trans Beginning: 01/16/2004
Trans Ending: 01/16/2004

Page:   87 of 198
Report: PremAcct Detail by Operator

# Globe Life
## Premium Accounting Exception Transactions
## Balance Report - Detail for Jeannie Reaka

| Trans ID | PolicyNo | S | M | Check Amt | Cash | Premium | Loan | Over/Under | Suspense | Refund | Processed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Check:# 6854** | | | | | | | | | | | |
| 356,868 | 00D610256 | N | N | $ 13.50 | 13.50 $ | (13.50) | | | | | 1/16/04 03:10:18 PM |
| **Check:# 3004** | | | | | | | | | | | |
| 356,873 | 008172890 | N | N | $ 10.40 | 10.40 $ | (10.60) | | $ 0.20 | | | 1/16/04 03:11:02 PM |
| **Check:# 1122** | | | | | | | | | | | |
| 356,878 | 00H717901 | N | N | $ 41.00 | 18.00 $ | (18.00) | | | | | |
| 356,878 | 00H717902 | | | $ | 23.00 $ | (23.00) | | | | | 1/16/04 03:11:47 PM |
| **Check:# 1827** | | | | | | | | | | | |
| 356,885 | 00F955186 | N | N | $ 19.71 | 19.71 $ | (19.71) | | | | | 1/16/04 03:12:32 PM |
| **Check:# 8948** | | | | | | | | | | | |
| 356,890 | 00G613205 | N | N | $ 3.18 | 3.18 $ | (3.24) | | $ 0.06 | | | 1/16/04 03:13:18 PM |
| **Check:# 2278** | | | | | | | | | | | |
| 356,894 | 00G333347 | N | N | $ 19.29 | 6.43 $ | (6.43) | | | | | |
| 356,894 | 00G333348 | | | $ | 6.43 $ | (6.43) | | | | | |
| 356,894 | 00G333349 | | | $ | 6.43 $ | (6.43) | | | | | 1/16/04 03:14:09 PM |
| **Check:# 4431** | | | | | | | | | | | |
| 356,899 | 00J396072 | N | N | $ 7.45 | 7.45 $ | (7.45) | | | | | 1/16/04 03:15:05 PM |

Case 1:06-cv-00034-MEF-TFM   Document 51-3   Filed 10/31/2006   Page 36 of 40

## Globe Life
## Premium Accounting Exception Transactions
## Balance Report - Detail for Jeannie Reaka

| Trans ID | PolicyNo | S - M | Check Amt | Cash | Premium | Loan | Over/Under | Suspense | Refund | Processed |
|---|---|---|---|---|---|---|---|---|---|---|
| **Check:# 4156** | | | | | | | | | | |
| 356,919 | 0097637325 | N N | $ 720.00 | | | | | | | 1/16/04  03:19:35 PM |
| 356,919 | 0097637325 | | | $ 120.00 | $ (120.00) | | | | | |
| 356,919 | 0097637326 | | | $ 120.00 | $ (120.00) | | | | | |
| 356,919 | 00A158978 | | | $ 120.00 | $ (120.00) | | | | | |
| 356,919 | 00A158979 | | | $ 120.00 | $ (120.00) | | | | | |
| 356,919 | 00A158980 | | | $ 120.00 | $ (120.00) | | | | | |
| 356,919 | 00E000190 | | | $ 120.00 | $ (120.00) | | | | | |
| **Check:# 1043** | | | | | | | | | | |
| 356,923 | 00F301174 | N N | $ 29.00 | $ 29.00 | $ (29.00) | | | | | 1/16/04  03:20:42 PM |
| **Check:# 2221** | | | | | | | | | | |
| 356,929 | 00H816145 | N N | $ 7.95 | $ 7.95 | $ (7.95) | | | | | 1/16/04  03:23:32 PM |
| **Check:# 1584** | | | | | | | | | | |
| 356,950 | 00K032928 | N Y | $ 10.00 | $ 10.00 | $ (10.92) | $ | 0.92 | | | 1/16/04  03:27:41 PM |
| **Check:# 3781** | | | | | | | | | | |
| 356,955 | 00H903250 | N N | $ 15.00 | $ 15.00 | $ (15.00) | | | | | 1/16/04  03:28:17 PM |
| **Check:# 4097** | | | | | | | | | | |
| 356,958 | 00E845330 | N N | $ 31.80 | $ 31.80 | $ (31.80) | | | | | 1/16/04  03:29:15 PM |
| **Check:# 3728** | | | | | | | | | | |
| 356,967 | 00J608239 | N N | $ 15.00 | $ 15.00 | $ (15.00) | | | | | 1/16/04  03:30:38 PM |
| **Check:# 3729** | | | | | | | | | | |
| 356,970 | 14J602005 | N N | $ 33.60 | $ 33.60 | $ (33.00) | $ | (0.60) | | | 1/16/04  03:31:18 PM |

Case 1:06-cv-00034-MEF-TFM   Document 1-8   Filed 01/18/2008   Page 37 of 40

# Globe Life
## Premium Accounting Exception Transactions
## Balance Report - Detail for Jeannie Reaka

| Trans ID | PolicyNo | S | M | Check Amt | Cash | Premium | Loan | Over/Under | Suspense | Refund | Processed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Check# 3727** | | | | | | | | | | | |
| 356,980 | 00J610751 | N | N | $ 38.85 | $ 10.92 | $ (10.92) | | | | | |
| 356,980 | 00J610752 | | | | $ 10.92 | $ (10.92) | | | | | |
| 356,980 | 00J610753 | | | | $ 17.01 | $ (17.01) | | | | | 1/16/04 03:32:33 PM |
| **Check# 1269** | | | | | | | | | | | |
| 356,985 | 00J387880 | N | N | $ 18.26 | $ 9.13 | $ (9.13) | | | | | |
| 356,985 | 00J387881 | | | | $ 9.13 | $ (9.13) | | | | | 1/16/04 03:33:06 PM |
| **Check# 1201** | | | | | | | | | | | |
| 356,991 | 00H529974 | N | N | $ 46.76 | $ 19.94 | $ (19.08) | $ | (0.86) | | | |
| 356,991 | 00H529975 | | | | $ 15.48 | $ (15.48) | | | | | |
| 356,991 | 00H529976 | | | | $ 11.34 | $ (11.34) | | | | | 1/16/04 03:33:47 PM |
| **Check# 870** | | | | | | | | | | | |
| 356,996 | 00H547076 | N | N | $ 27.00 | $ 15.00 | $ (15.00) | | | | | |
| 356,996 | 00H547077 | | | | $ 12.00 | $ (12.00) | | | | | 1/16/04 03:34:23 PM |
| **Check# 34091** | | | | | | | | | | | |
| 357,008 | 00J650072 | N | N | $ 7.95 | $ 7.95 | $ (7.95) | | | | | 1/16/04 03:37:09 PM |
| **Check# 6673** | | | | | | | | | | | |
| 357,015 | 00H524789 | N | N | $ 38.00 | $ 38.00 | $ (37.00) | $ | (1.00) | | | 1/16/04 03:37:55 PM |
| **Check# 5581** | | | | | | | | | | | |
| 357,026 | 00E672050 | N | N | $ 35.00 | $ 35.00 | $ (35.00) | | | | | 1/16/04 03:39:08 PM |
| **Check# 5057** | | | | | | | | | | | |
| 357,049 | 14J555325 | N | N | $ 103.20 | $ 59.60 | $ (56.60) | | $ (3.00) | | | |
| 357,049 | 14J555326 | | | | $ 43.60 | $ (37.70) | | $ (5.90) | | | 1/16/04 03:43:14 PM |

## Globe Life
## Premium Accounting Exception Transactions
## Balance Report - Detail for Jeannie Reaka

| Trans ID | PolicyNo | S - M | Check Amt | Cash | Premium | Loan | Over/Under | Suspense | Refund | Processed |
|---|---|---|---|---|---|---|---|---|---|---|
| 87,059 | 004250452 | N N | Check# 3655 $ 44.16 | $ 44.16 | $ (44.16) | | | | | 1/16/04  03:44:27 PM |
| 87,063 | 43G669611 | N N | Check# 843 $ 45.00 | $ 45.00 | $ (45.00) | | | | | 1/16/04  03:44:59 PM |
| 57,069 | 43G950869 | N N | Check# 4167 $ 57.00 | $ 57.00 | $ (57.00) | | | | | 1/16/04  03:45:32 PM |

| Totals | Skip Count | 0 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Debits: | $ 3,006.66 | Credits: | $ (3,006.66) | | Check Count | 67 |
|---|---|---|---|---|---|---|

|  | $ 2,998.12 | $ (2,984.81) | $ 0.00 | $ (13.31) | $ 0.00 | $ 0.00 |
|---|---|---|---|---|---|---|

Report Date: 09/11/2006
Trans Beginning: 01/16/2003
Trans Ending: 09/11/2006

# Globe Life
## Premium Accounting Exception Transactions
### Policy Search

| Policy No | DAC | SkipCount | Trans | Status | Check No | Check Amount | Added By | Transaction Date/Time |
|---|---|---|---|---|---|---|---|---|
| 14522138 | | D | 356,645 | CP | 950 | $  33.60 | Jeannie Reaka | 01/16/04  01:55:13 PM |


PLAINTIFF'S
EXHIBIT

**GLOBE LIFE AND ACCIDENT INSURANCE COMPANY**
Globe Life Center ● Oklahoma City, Oklahoma 73184 ● (405) 270-1410

RETURN THIS PORTION
WITH YOUR PAYMENT
DUE DATE  1-28-04

| POLICY NUMBER | INSURED | INS. AMT. | 1 MONTH | 3 MONTHS | 6 MONTHS | 12 MONTHS |
|---|---|---|---|---|---|---|
| 14J522138 | DAVID LURIE | 100,000 | 16.80 | 49.40 | 97.00 | 186.60 |

LIFE    2E

PLEASE MAKE ANY ADDRESS CHANGES BELOW AND PROVIDE YOUR PHONE NUMBER: (        )

14-J522138    A1113
DAVID LURIE
4181 COUNTY ROAD 73
MIDLAND CITY AL 36350-4213

PLEASE
DO NOT
FOLD

GLOBE LIFE AND ACCIDENT
INSURANCE COMPANY
P O BOX 268844
OKLAHOMA CITY, OK 73126-8844

0140522138120128040016800049400097000186600001100001

▲ DETACH HERE ▲   IMPORTANT: RETAIN THIS PORTION FOR YOUR RECORDS

**Globe Life And Accident Insurance Company**
Globe Life Center ■ Oklahoma City, Oklahoma 73184

| DUE DATE | POLICY NUMBER | INSURED | 1 MONTH | 3 MONTHS | 6 MONTHS | 12 MONTHS |
|---|---|---|---|---|---|---|
| 1-28-04 | 14J522138 | DAVID LURIE | 16.80 | 49.40 | 97.00 | 186.60 |

January 16, 2004

Dear David Lurie:

Attached is your premium notice for the premium that is
due on January 28, 2004 for your life insurance policy
number 14J522138.

Please detach the premium notice and return it with your
check or money order in the enclosed envelope.

If the mailing address shown on the notice is not
precisely correct or if you will have a new address for
future purposes, please make the necessary corrections in
the space provided for this purpose.

Anytime we can be of assistance, please call or e-mail us
at CS@2701410.com.  Thank you for permitting Globe Life to
provide your insurance.

Sincerely,

*Mark S. McAndrew*

Mark S. McAndrew
Chairman  and
Chief Executive Officer


PLAINTIFF'S
EXHIBIT

LURIE0024