Page 1

1          IN THE UNITED STATES DISTRICT FOR

2    THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

3

4    KAREN LURIE,              )
                               )
5              Plaintiff,      )
                               )
6    vs.                       )   NO. 1:06-cv-0034MEF
                               )
7                              )
                               )
8    GLOBE LIFE AND ACCIDENT   )
     INSURANCE COMPANY,        )
                               )
9              Defendant.      )

10

11

12          DEPOSITION OF DANIEL MENDOZA

13        TAKEN ON BEHALF OF THE PLAINTIFF

14          IN OKLAHOMA CITY, OKLAHOMA

15           ON SEPTEMBER 14, 2006

16

17

18    REPORTED BY:  ELIZABETH CAUDILL, CSR, RMR, CRR

19

20                                    EXHIBIT
                                        D
21

22

23    **REPORTING & VIDEO, INC.**

24    ROBINSON RENAISSANCE              MID-CONTINENT TOWER
      119 N. Robinson, Suite 650       401 South Boston, Suite 310
      Oklahoma City, Oklahoma 73102    Tulsa, Oklahoma 74103
25    405-235-4106                      918-599-0507

                    depo@drreporting.com

Page 2

```
 1                    A P P E A R A N C E S

 2    For the Plaintiffs: Christopher E. Sanspree
      (By videoconference)Attorney at Law
 3                         218 Commerce Street
                           Montgomery, Alabama 36104
 4

 5    For the Defendant:  Robert Poundstone, IV
                          Philip H. Butler
 6                        Attorneys at Law
                          401 Adams Avenue, Suite 780
 7                        Montgomery, Alabama 36104

 8

 9                        Anastasia Pederson
                          Attorney at Law
10                        Globe Life Center
                          204 North Robinson, Suite 300
11                        Oklahoma City, Oklahoma 73102

12    Also Present:       Bilinda Hines
      (By videoconference)
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              S T I P U L A T I O N S

2              IT IS HEREBY STIPULATED AND AGREED by

3    and among the attorneys for the respective

4    parties hereto that the deposition of DANIEL

5    MENDOZA may be taken on behalf of the PLAINTIFF

6    on SEPTEMBER 14, 2006 in Oklahoma City, Oklahoma,

7    by Elizabeth Caudill, Certified Shorthand

8    Reporter within and for the State of Oklahoma,

9    pursuant to agreement.

10             IT IS FURTHER STIPULATED AND AGREED by

11   and among the attorneys for the respective

12   parties hereto that all objections, except as to

13   the form of the question, are reserved until the

14   time of trial, at which time they may be made

15   with the same force and effect as if made at the

16   time of the taking of this deposition.

17                   *   *   *   *   *   *

18

19

20

21

22

23

24

25

```
1                   * * * * * *

2                 DANIEL MENDOZA,

3    having been first duly sworn at 1:26 p.m.,

4    deposes and says in reply to the questions

5    propounded as follows, to wit:

6                DIRECT EXAMINATION

7    BY MR. SANSPREE:

8         Q    Could you state your name for the

9    record, please, sir.

10        A    Daniel Mendoza.

11        Q    Mr. Mendoza, I'm Chris Sanspree, and I

12   represent Ms. Lurie in a lawsuit we filed against

13   Globe Life.  And your name was provided to me

14   today as being probably the person most familiar

15   with the customer service department.  Is that

16   your understanding of why you're here?

17        A    Yes, sir.

18        Q    And are you here today to testify on

19   the -- I guess the procedures that are in place

20   in the customer service department?

21        A    Yes, I am.

22        Q    On behalf of Globe Life?

23        A    Yes.

24        Q    And how long have you been -- tell me

25   your job title.
```

Page 5

1      A     I'm a supervisor in our customer

2   service department.

3      Q     How long have you been the supervisor

4   in the customer service department?

5      A     Five years.

6      Q     How long have you been with the

7   company?

8      A     Eight years.

9      Q     Have you always been in the customer

10   service department?

11      A     Yes.

12      Q     Can you tell us what the customer

13   service department, what is it?

14      A     We take incoming phone calls from our

15   policyholders and answer their questions.

16      Q     And Barbara was just in here and

17   testified.  Have you talked with her or

18   Ms. Whitaker before coming in today?

19      A     No.

20      Q     Did you know they were coming in and

21   giving testimony today?

22      A     Yes.

23          MR. SANSPREE:  Ms. Court Reporter, I

24   think what I marked as Barbara's exhibit was

25   Exhibit Number 2.  Do you still have those out,

Page 6

1    Bobby?

2              MR. POUNDSTONE:  I can get it in two

3    seconds.

4              Okay.  He's got it in front of him.

5        Q    (By Mr. Sanspree) Now, Mr. Mendoza,

6    Ms. Hernandez testified that these are the logs

7    from the telephone calls made from this specific

8    number from March 11th, 2003, through May 28th of

9    2004.

10             Do you see where I'm referencing those

11   dates on the left-hand side?

12       A    Yes, I do.

13       Q    And you see the telephone numbers on

14   the right-hand side?

15       A    Yes, I do.

16             MR. BUTLER:  Excuse me.  I think you

17   said 2003.  You meant to say 2004, didn't you?

18             MR. SANSPREE:  Yes.  Thank you.

19       Q    (By Mr. Sanspree) Now, Mr. Mendoza, are

20   you familiar with a document that would look like

21   this from the customer service department?

22       A    Not printed out.  Normally when we view

23   these, they are actually on our PC, on our

24   computer system.

25       Q    Is this -- go ahead.

1     A    But this would be an accurate

2  representation of what we have available to us.

3     Q    Just so we're clear, Exhibit 2 to

4  Ms. Hernandez's deposition, the form that it's

5  produced in this piece of paper, is that how it

6  appears on the PC --

7     A    It appears to be, yes, sir.

8     Q    -- when you pull up this?  And

9  Ms. Hernandez testifies that there is a system,

10  it's Eon system?

11     A    That is the name of the company.

12     Q    Are you familiar with that?

13     A    Yes.

14     Q    And do you know when that system first

15  began being utilized by Globe Life?

16     A    The system for recording or the entire

17  IVR system, itself?

18     Q    Recording.

19     A    The recording?  That would have been

20  March of 2004.

21     Q    Now, I guess you are in the customer

22  service department back in 2004.

23     A    Yes.

24     Q    What was the system for recording

25  telephone conversations or telephone calls back

Page 8

1    before March of 2004?

2         A    We really didn't have anything that was

3    like this where we could go back.  It was much

4    more archaic.  We had to actually put a cassette

5    tape in and actively choose who we wanted to

6    record.

7              So we didn't have anything that

8    actually was continuously recording our calls all

9    the time.  It was only when we decided to record.

10        Q    Okay.  Let me ask you this.  Were you

11   asked to review your records to see whether or

12   not a telephone call was made back in January of

13   2004 regarding this claim?

14        A    I was not, no.

15        Q    Have you done that?

16        A    I have not.

17        Q    Even though you may not -- you have?

18        A    I have not, no.

19        Q    Okay.  Now, earlier today Ms. Whitaker

20   was -- I asked her some questions about the

21   customer service department, and she testified to

22   some things.

23             Tell me what you would do typically in

24   a typical situation when somebody calls and

25   reports a death --

Page 9

1     A    First thing we'd do is ask for the --

2     Q    -- of an insured.

3     A    We ask for the policy number.  We'll go

4  to our notification of death screen.  We'll ask

5  for the caller's name, relationship to the

6  insured person.  We'll take their telephone

7  number and mailing address.  We'll advise the

8  status of the policy, whether it's current or

9  lapsed.  And then we would advise if the policy

10  is current and in force, what information needs

11  to be sent in to us, such as death certificate,

12  so that we can begin processing the claim.

13     Q    All right.  Now, what you just

14  testified to when you say you get the caller's

15  name and address and you said you can pull up to

16  see whether or not the policy was in force or had

17  lapsed, is this information that you had back in

18  January of 2004?

19     A    Yes.

20     Q    Or is this new?

21     A    Yes, we did.

22     Q    You did have it back -- there's a lag

23  in time between my questions, so give me a pause

24  or two before you answer it.

25         But just so the record's clear, you

1    could pull up this information back in January of

2    2004, everything you just testified to?

3        A    Yes.

4        Q    Okay.  So back in January of 2004, if a

5    caller had called in to report a death, you would

6    immediately know whether or not the policy had

7    lapsed or whether or not the premiums needed to

8    be paid; correct?

9        A    That is correct.

10        Q    Did you speak with the plaintiff in

11    this lawsuit at any point in time?

12        A    Not that I am aware of.

13        Q    Are you aware of any notes that would

14    indicate that you specifically talked to them

15    yourself, Ms. Lurie?

16        A    No.

17        Q    Did you talk to Ms. Lurie's attorney, a

18    guy by the name of Mr. Matthews, at any point in

19    time?

20        A    No.

21        Q    During your employment in the customer

22    service department, are you aware of any

23    instances where someone has called in and that

24    phone call was not logged on the computer system

25    when they're reporting a death?

1      A     That it's not logged onto the

2    NDTH system, onto our death screen system or

3    recorded?

4      Q     Just recorded.

5      A     I'm unaware of any times.

6      Q     You probably need to -- I need to ask

7    you to explain to me the difference in the

8    recording systems, because I'm not familiar with

9    your system.

10     A     Uh-huh.

11     Q     Is there a difference between the death

12   reporting screen and just the recording?

13     A     Well, recording -- I'm sorry.

14     Q     Go ahead.  You seem to make a

15   distinction between the two, and I was just

16   wondering where the distinction is.

17     A     Recording is the actual -- when I'm

18   referring to recording, I mean the actual

19   physical recording of the call, itself, by our

20   recorder, voice recorder.

21     Q     Okay.

22     A     And then the recording of the claim --

23   I'm sorry -- I meant actually entering it onto

24   our what's called our NDTH screen, that's our

25   notification of death screen, physically

1    inputting the information.

2        Q    Explain to me again what you refer to

3    as that.

4        A    NDTH.

5        Q    When you said death screen, that's what

6    you were referring to?

7        A    Yes.

8        Q    Are you aware of any time somebody

9    had -- or any instances where somebody had called

10    in and reported a death where they did not enter

11    it into the notification screen?

12        A    I am unaware of any times.

13        Q    Is it possible that that has happened

14    in the past?

15        A    It is possible.  I'm unaware of it, but

16    it is possible.

17        Q    Tell me the training that a customer

18    service, I guess, representative would go through

19    before they would be able to be allowed to take

20    phone calls and answer questions.

21        A    Training specific to death claims or

22    just --

23        Q    Just -- if I understand your testimony,

24    when someone calls in to Globe Life, they're put

25    through to customer service; is that correct?

1      A      Yes.

2      Q      So you would answer a wide range of

3    different questions; correct?

4      A      That is correct.

5      Q      So -- and then I guess my question:

6    What type of training does one go through before

7    they're allowed to field phone calls and attempt

8    to answer questions?

9      A      Okay.  Basic training starts with the

10   teaching of all the different screens that we

11   use; for example, the death claim screen, premium

12   screen, address change screen.

13          New hires are then given mock policy

14   numbers to test on our system where they actually

15   input data into these screens.  They then get

16   test calls, which are not actual calls from

17   policyholders but from our trainers regarding

18   premium questions, address change questions or

19   death questions, et cetera.

20     Q      And I notice that you referenced a mock

21   policy number that they're given.  When they

22   enter a mock policy number, does a policy come on

23   the screen so you can see the terms and

24   conditions?

25     A      I have --

Page 14

1     Q     Go ahead.

2     A     We do have test policy numbers that we

3   use that are created for this purpose.

4     Q     Does that mean -- okay.  When you say

5   "test policy numbers," what I'm trying to get at,

6   does an actual policy come up on the screen where

7   you can see the terms and conditions of that

8   person's insurance policy?

9     A     Yes.

10     Q     And so you're able to field questions

11   regarding coverage issues and stuff like that?

12   Do you do that?

13     A     Yes.

14     Q     What type of training are the customer

15   service reps given regarding the coverage

16   issues --

17     A     Regarding --

18     Q     -- if any?

19     A     Well, they learn the basic types of

20   plans that we have, different coverages that we

21   have available.

22           Is there a specific -- I'm not sure --

23     Q     Right.  You're talking about coverages.

24   What about exclusions?  Are you all made aware of

25   any exclusions that may exist in a certain type

1    of policy?

2        A    Not on a specific plan, no.

3        Q    Say I called in with a specific policy

4    number.  And I'll use their policy number, which

5    is J522139.  And I call in and give you that

6    number.

7            When you type in that policy number,

8    does a sample policy with my terms and conditions

9    pop up on your screen?

10       A    It does not; however, the CSR's do have

11   access to an intranet site which would have an

12   example of that policy where they can then read

13   it if they need to.

14       Q    And just for the record, when you said

15   CSR, you're referring to customer service

16   representatives; correct?

17       A    I'm -- yes.

18       Q    So when somebody -- say, for instance,

19   I did call in and ask about that specific policy

20   number.  The customer service rep would have to

21   actually get on the Internet and pull it up;

22   correct?

23       A    Intranet, yes.

24       Q    My policy?

25       A    Yes, if there were questions that the

1  policyholder had that were in the policy, itself,

2  yes.

3      Q    Is there any type of recording device

4  that would tell me whether or not Mrs. Lurie's

5  policy was accessed back in January of 2004 if a

6  phone call was actually made by her attorney at

7  that time reporting the death?

8          MR. POUNDSTONE:  Object to the form.

9          THE WITNESS:  There is not, no.

10     Q    (By Mr. Sanspree) Are the sample

11 policies, are they like on a central database at

12 Globe Life?

13     A    Yes.

14     Q    Is there any way that we could go back

15 and look and see if this policy number and policy

16 type was accessed back in January of 2004 by

17 anybody from the customer service department?

18     A    There is not, no.

19     Q    Say I called back in January of 2004

20 and gave you the policy number and you did access

21 my policy and answer some questions I had

22 regarding coverages.

23          Would there be any way that we could

24 tell that that actually happened?

25     A    No.

1    Q    There's no way at all to document me

2    calling in and asking questions about a specific

3    type of policy type other than -- back in January

4    of 2004?

5         I understand you have the recorded

6    telephone now, but back in January of 2004,

7    there's no way that we could evidence that that

8    happened?

9    A    No.

10    Q    Let me ask you this, Mr. Mendoza.  If a

11    customer service representative did field a phone

12    call from an attorney representing Ms. Lurie and

13    was notified of the death back in January of 2004

14    and did not document that on the system, would

15    that be a violation of policy and procedures in

16    the customer service department?

17    A    Yes, it would.

18    Q    Would it be possible that that could

19    have happened?

20    A    It is possible.  I'm unaware that it

21    did happen in this case or any other case.  Of

22    not knowing the entire time that I've been in

23    customer service, it's possible, but it's not

24    happened to my knowledge.

25    Q    Could a customer service

1    representative -- if I called in and reported the

2    death of an insured and gave you my policy

3    number, could the customer service rep pull up

4    whether or not I owed premiums on that policy?

5         A    Yes.

6         Q    And how long would that take?

7         A    Once the policy number is entered, it

8    comes up immediately, the information.

9         Q    Do you know anything about the claims

10   department?

11        A    Only that they do process our claims.

12   Basically we take the information.  From that

13   point it's our claims department that handles all

14   the processing.

15        Q    Does the question of whether or not the

16   policy's in force and premiums have been paid, is

17   that something that's addressed initially when

18   the claim is filed or you're notified of a claim?

19        A    We would give information to the caller

20   indicating whether or not the policy is current,

21   in force, or lapsed.

22        Q    And is that something that would be

23   done initially once you're notified of a death of

24   an insured?

25        A    Yes.

Page 19

```
 1            MR. BUTLER:  By the customer service

 2    department?

 3            MR. SANSPREE:  Yeah, or just anyone.

 4            MR. BUTLER:  Huh?

 5            MR. SANSPREE:  That and anyone from the

 6    claim department, too.

 7            MR. BUTLER:  Well, I think your

 8    question was a little unclear.  I couldn't hear

 9    it all, Chris.

10            MR. SANSPREE:  Don't believe him,

11    Mr. Mendoza.  He's deceptively southern.

12            MR. BUTLER:  I can't hear very well.

13    Would you mind repeating it?

14            MR. SANSPREE:  I really can't remember

15    the question, Mr. Butler.  Can the court reporter

16    read it back real quick?

17            (The record was read as requested)

18            MR. BUTLER:  I think it was the

19    question before that.

20            MR. SANSPREE:  I'll be willing to move

21    on, Mr. Butler, if you want to.

22            MR. BUTLER:  I just want to be sure

23    that the witness understood the question.

24            MR. POUNDSTONE:  I think the question

25    may have inferred that he knew what the practices
```

1    of the claims department are, and I think that's

2    what the concern is.

3            You know, he can testify to what the

4    customer service folks do, but I don't think he

5    would have knowledge of what the practices of the

6    claims department are.

7        Q    (By Mr. Sanspree) Do you have any

8    knowledge of what the practices are in the claims

9    department?

10       A    Not specific practices, I do not.

11       Q    In general?

12       A    Just that they do process our claims.

13       Q    And you're aware that they do process

14   your claims.  Are you aware of the procedures

15   they use to process those claims?

16       A    Just very general.  That they request

17   the death certificates on contestable policies,

18   they request claim forms to be completed.

19       Q    What is your involvement -- are you

20   involved at all with gathering or requesting the

21   death certificates?

22       A    No, we're not.

23       Q    When I say "you," the customer service

24   department?

25       A    The customer service department is not,

1    no.

2         Q    I noticed that a contestable policy --

3    what do you mean by that, a contestable policy?

4         A    Well, some policies are contestable for

5    the first two years of coverage where we will

6    request claim forms to be completed on some types

7    of policies.

8         Q    And you're referring to the

9    contestability clause in policies --

10        A    Yes.

11        Q    -- when you say some policies -- okay.

12   All right.

13            Do you have any knowledge whatsoever

14   about this claim that you haven't gathered from

15   talking with your attorneys?

16        A    No.   I have not heard of it prior to

17   being asked to come in.

18            MR. SANSPREE:   Appreciate it.   I don't

19   have anything else.

20            MR. BUTLER:   Thank you.

21            (Deposition adjourned at 1:46 p.m.)

22

23

24

25

Page 22

C E R T I F I C A T E

1
2
3    STATE OF OKLAHOMA        )
                              ) SS:
4    COUNTY OF OKLAHOMA       )
5
6              I, ELIZABETH CAUDILL, CSR in and for

7    the State of Oklahoma, certify that DANIEL

8    MENDOZA was by me sworn to testify the truth;

9    that the above and foregoing deposition was taken

10   by me in stenotype and thereafter transcribed and

11   is a true and correct transcript of the testimony

12   of the witness; that the deposition was taken on

13   SEPTEMBER 14, 2006 at 1:26 p.m. in Oklahoma City,

14   Oklahoma; that I am not an attorney for or a

15   relative of either party, or otherwise interested

16   in this action.

17             Witness my hand and seal of office on

18   this 25th day of September, 2006.

19
                         Elizabeth Caudill
20              Oklahoma Certified Shorthand Reporter
                         Certificate No. 0161
21                   Exp. Date: December 31, 2006
     _____
22   ELIZABETH CAUDILL, CSR, RMR, CRR
     CSR No. 161
23
24
25