May 18, 2004

**GLOBE LIFE** ®
AND ACCIDENT
INSURANCE CO.

```
RECEIVED
JUN 0 3 2004
BY:
```

William B. Matthews, Jr.
Attorney at Law
PO Box 1145
Ozark AL 36361

RE:  Insured:        David Lurie
     Policy:         14-J522138
     DOD:            January 6, 2004
     Beneficiary:    Karen Lurie

Dear Mr. Matthews:

We are in receipt of your correspondence and related claim forms submitted on behalf of David Lurie for the consideration of benefits under the above referenced accidental death insurance policy. Thank you for your assistance in providing us with this information. However, a problem has arisen in our review of this claim and we want to clearly explain our findings to you.

Our records indicate Policy 14-J522138 lapsed due to non-payment of premium on November 28, 2003. The policy does have a 31-day grace period for receiving a premium payment which expired on December 28, 2003. A further review of our records indicates a premium payment in the amount of $33.60 was received in our office on January 16, 2004. Since this payment was received for processing after the insured's date of death and expiration of the policy's grace period for receiving a premium payment, we are unable to accept this premium. Enclosed, please find a refund of this premium amount payable to the designated beneficiary, Karen Lurie, for the appropriate delivery.

In light of the above findings, a claim under this policy would not be eligible for benefits because the policy was not in force at the time of the insured's death.

Mr. Matthews, we regret we are unable to be of service to you regarding a claim, but trust we have satisfactorily explained the circumstances of the matter. Should you have any questions, please let us know.

Sincerely,

S. J. Whitaker/mjp

S. J. Whitaker
Life Benefits Division

SJW/mjp
Encl: Refund of Premium Check



PLAINTIFF'S
EXHIBIT
I

LURIE0007