IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KAREN LURIE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Case No. 1:06-cv-0034MEF |
| | * |
| **GLOBE LIFE AND ACCIDENT** | * |
| **INSURANCE COMPANY, et al.,** | * |
| | * |
| **Defendant,** | * |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiff and, in accordance with this Court's scheduling order, hereby give notice unto the Court of the following:

1).   That good faith settlement negotiations were conducted between the parties face to face on or about October 26, 2006, and again via telephone on November 14, 2006.

2).   That a settlement has not been reached, but settlement negotiations continue amongst the parties.

3).   Counsel for Plaintiff believes that mediation would be helpful to resolve this matter short of trial.

*/s/Christopher E. Sanspree*
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for the Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343 Telephone/(334) 954-7555 Facsimile

Mr. William B Matthews, Jr.
**Matthews & Filmore, L.L.C.**
Post Office Box 1145
Ozark, Alabama 36361
(334) 774-8804 telephone

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of the same in the United States Mail, first class, postage prepaid on this the **21ˢᵗ** day of **November,** 2006.

               *s/Christopher E. Sanspree*
               OF COUNSEL

Robert E. Poundstone IV
**Bradley Arant Rose & White, LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
(334) 956-7700
(334) 956-7701 fax