IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KAREN LURIE,                    )
    PLAINTIFF,                  )
                                )
VS.                             )    CASE NO: 1:06-CV-0034MEF
                                )
GLOBE LIFE AND ACCIDENT         )
INSURANCE COMPANY, et al.       )
    Defendants.                 )

## MOTION TO WITHDRAW

Comes now William B. Matthews, Jr., who moves this Honorable Court to allow him to withdraw in the above styled as counsel of record and shows the Court the following:

1. That the attorney is a witness in the above styled case.

Done this 7th day of December, 2007.

_____
William B. Matthews, Jr.(Mat016)
Attorney At Law
P.O. Box 1145
Ozark, AL 36361
334-774-8804

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the foregoing to the following, via U.S. Mail, with postage prepaid, this 7th day of December, 2006.

Philip H. Butler, Esq.
Robert E. Poundstone IV
Bradley Arant Rose & White, LLP
The Alabama Center for Commence
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Christopher Sanspree, Esq.
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103

_____
William B. Matthews, Jr.
Attorney At Law