IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KAREN LURIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-0034-MEF |
| | ) | |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw filed by William B. Matthews, Jr. (Doc. #15) on December 11, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 14th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE