IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KAREN LURIE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Case No. 1:06-cv-0034MEF |
| | * | |
| **GLOBE LIFE AND ACCIDENT** | * | |
| **INSURANCE COMPANY, et al.,** | * | |
| | * | |
| **Defendant,** | * | |

## PLAINTIFF'S WITNESS LIST

Plaintiff expects to call one or more of the following witnesses at the trial of this cause:

1. Ms. Karen Lurie Britton
   c/o Beasley, Allen, et al.
   272 Commerce Street
   Montgomery, Alabama 36104

2. Mr. William B. Matthews
   Post Office Box 1145
   Ozark, Alabama 36361

3. Barbara Hernandez
   Globe Life Insurance Company
   c/o Robert E. Poundstone IV
   Bradley Arant Rose & White, LLP
   The Alabama Center for Commerce
   401 Adams Avenue, Suite 780
   Montgomery, Alabama 36104

3. Sandy Whitaker
   Globe Life Insurance Company
   c/o Robert E. Poundstone IV
   Bradley Arant Rose & White, LLP
   The Alabama Center for Commerce
   401 Adams Avenue, Suite 780
   Montgomery, Alabama 36104

4. Mr. Daniel Mendoza
   Globe Life Insurance Company
   c/o Robert E. Poundstone IV
   Bradley Arant Rose & White, LLP
   The Alabama Center for Commerce
   401 Adams Avenue, Suite 780
   Montgomery, Alabama 36104

5. Mr. John H. Allen
   c/o Beasley, Allen, et al.
   272 Commerce Street
   Montgomery, Alabama 36104

6. Witnesses needed for rebuttal or impeachment purposes.

7. Witnesses needed to authenticate documents used at trial.

8. Witnesses identified on the Defendants' witness list.

9. Witnesses identified by Defendants in their Rule 26(b) Disclosure.

10. Witnesses deposed or to be deposed.

*/s/Christopher E. Sanspree*
CHRISTOPHER E. SANSPREE
Attorney for the Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343 Telephone/(334) 954-7555 Facsimile

Mr. William B Matthews, Jr.
**Matthews & Filmore, L.L.C.**
Post Office Box 1145
Ozark, Alabama 36361
(334) 774-8804 telephone

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of the same in the United States Mail, first class, postage prepaid on this the **18th** day of **January** 2007.

                                                *s/Christopher E. Sanspree*
                                                OF COUNSEL

Robert E. Poundstone IV
**Bradley Arant Rose & White, LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
(334) 956-7700
(334) 956-7701 fax