IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KAREN LURIE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:06-cv-0034MEF |
| | * | |
| **GLOBE LIFE AND ACCIDENT** | * | |
| **INSURANCE COMPANY, et al.,** | * | |
| | * | |
| Defendant, | * | |

**PLAINTIFFS EXHIBIT LIST**

COMES NOW the Plaintiff, Karen Lurie, and hereby submits the following exhibits to be used during the trial of this cause:

| Exhibit No. | Exhibit Description |
|---|---|
| 1. | Globe Life and Accident Life Insurance Policy No. 14J522138 **(Bates No. Globe Life/Lurie, Karen 0008-0015))** |
| 2. | Globe Life Premium Notice dated January 2, 2004 **(Bates No. LURIE 0020)** |
| 3. | Globe Life Premium Notice dated January 16, 2004 **(Bates No. LURIE 0024)** |
| 4. | Copy of check dated January 4, 2004 **(Bates No. LURIE 0021 - 0022)** |
| 5. | Death Certificate of David Lurie **(Bates No. Globe Life/Lurie, Karen 0020)** |
| 6. | Letter from William B. Matthews, Jr. dated January 26, 2004 **(Bates No. LURIE 0004)** |
| 7. | Letter from Globe Life to attorney William B. Matthews, Jr. dated March 23, 2004 **(Bates No. LURIE 0023)** |
| 8. | Correspondence from William B. Matthews to Globe Life dated January 26, 2004 **(Bates No. LURIE 0004)** |
| 9. | Correspondence from Globe Life to William B. Matthews dates May 18, 2004 **(Bares NO. LURIE 0005)** |
| 10. | Notice from Globe Life with Premium refund dated May 19, 2004 **(LURIE 0006)** |
| 11. | Correspondence from Globe life to Plaintiff dated March 23, 2004 |

|     |     |
| --- | --- |
|     | **(Bates No. LURIE 0023)** |
| 12. | Interoffice memorandum from Globe Life dated May 14, 2004 **(Bates No. Globe Life/Lurie, Karen 0002)** |
| 13. | Globe Life Claims Evaluation Form **(Bates No. Globe Life/Lurie, Karen 0005)** |
| 14. | Globe Microfilm Reference File Display **(Bates No. Globe Life/Lurie, Karen 0016 - 0018)** |
| 15. | Globe Life Internal Document **(Bates No. Globe Life/Lurie, Karen 0003)** |
| 16. | Correspondence from Globe life to Plaintiff **(Bates No. Globe Life/Lurie, Karen 0043 – 0045)** |
| 17. | Expert Report of John H. Allen |
| 18. | Any correspondence between William B. Matthew, Jr. and Globe Life and Accident Insurance Company |
| 19. | Any and all discovery answered by the Plaintiff Karen Lurie |
| 20. | Any and all Discovery answered by Defendant Globe Life |
| 21. | Any and all documents produced by Plaintiff through discovery |
| 22. | Any and all documents produced by Defendant through discovery |
| 23. | Any and all Depositions taken and any exhibits thereto |
| 24. | Any and all documents needed for rebuttal or impeachment purposes |
| 25. | Any and all exhibits identified on Defendants Exhibit List |

*/s/Christopher E. Sanspree*
CHRISTOPHER E. SANSPREE
Attorney for the Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343 Telephone/(334) 954-7555 Facsimile

Mr. William B Matthews, Jr.
**Matthews & Filmore, L.L.C.**
Post Office Box 1145
Ozark, Alabama 36361
(334) 774-8804 telephone

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of the same in the United States Mail, first class, postage prepaid on this the **18th** day of **January** 2007.

                                              *s/Christopher E. Sanspree*
                                              OF COUNSEL

Robert E. Poundstone IV
**Bradley Arant Rose & White, LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
(334) 956-7700
(334) 956-7701 fax