# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT DOTHAN, AL

DATE COMMENCED:   1/22/07          AT:   10:50 a.m.
DATE COMPLETED:   1/22/07          AT:   11:15 a.m.

| Karen Lurie | § | |
|---|---|---|
| | § | |
| vs. | § | CV. NO. 1:06CV34-MEF |
| | § | |
| Globe Life & Accident Insurance Co. | § | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Christopher E. Sanspree | | Philip Henry Butler |
| | | Robert E. Poundstone, IV. |

COURT OFFICIALS PRESENT:

David Housholder, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X ) **Pretrial Conference**

    10:50 a.m. -   Court convenes.
                       There is a pending summary judgment that will be out within the next ten days.
                       The case will take 2-3 days to try and will try last during the term in the second week.
                       Parties think that this case could settle.
    11:15 a.m.       Court is in recess.