**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **KAREN LURIE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE NO. 1:06-cv-00034-MEF** |
| ) | |
| **GLOBE LIFE AND ACCIDENT** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT GLOBE LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION FOR LEAVE TO SUPPLEMENT ITS MOTION FOR SUMMARY JUDGMENT

Comes now, Defendant, and moves the Court for leave to supplement its submission on its motion for summary, attached as Exhibit "A" hereto, due to argument of Plaintiff's counsel at Pre-trial Conference.

/s/Robert E. Poundstone IV
Philip H. Butler (BUT007)
Robert E. Poundstone IV (POU006)
**Attorneys for Defendant Globe Life and Accident Insurance Company**
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: pbutler@bradleyarant.com
bpoundstone@bradleyarant.com

1/1542053.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23rd, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christopher Sanspree, Esq.
>*Beasley, Allen, Crow, Methvin,*
>*Portis & Miles, P.C.*
>P. O. Box 4160
>Montgomery, AL 36103-4160
>Chris.sanspree@beasleyallen.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: **None.**

>/s/Robert E. Poundstone IV
>Robert E. Poundstone IV (POU006)
>BRADLEY ARANT ROSE & WHITE LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Telephone: (334) 956-7700
>Facsimile: (334) 956-7701
>E-mail: bpoundstone@bradleyarant.com