IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KAREN LURIE,                              )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )    CASE NO. 1:06-cv-34-MEF
                                          )
GLOBE LIFE AND ACCIDENT                   )                    (WO)
INSURANCE COMPANY,                        )
                                          )
        Defendant.                        )

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the

ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of

Defendant Globe Life and Accident Insurance Company and against Plaintiff Karen Lurie,

with Plaintiff taking nothing by her claims.

(2) Costs are TAXED in favor of Defendant Globe Life and Accident Insurance

Company and against Plaintiff Karen Lurie for which execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket

sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and

to close this file.

DONE this the 30th day of January, 2007.


                        _____
                              /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE