IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAREN LURIE, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   Case No. 1:06-cv-0034MEF |
| | * |
| GLOBE LIFE AND ACCIDENT | * |
| INSURANCE COMPANY, et al., | * |
| | * |
|     Defendant, | * |

**MOTION TO COMPEL PAYMENT OF EXPERT FEES AND EXPENSES**

COMES NOW the Plaintiff and hereby move the Court for an order compelling Defendant Globe Life and Accident Insurance Company to pay the fees and expenses incurred by expert Mr. John H. Allen related to the preparation and giving of his depositional testimony on the following grounds:

1). Defendant Globe noticed Mr. Allen's deposition and subsequently took the deposition on or about December 7, 2006. (Notice, Exhibit "A"); (Deposition, Exhibit "B').

2). Mr. Allen, incurred expenses and fees as a result thereof and submitted invoices for payment of said fees and expenses to Defendant Globe. (Correspondence, collectively attached, Exhibit "C").

3). To date, Defendant Globe has refused to pay the Mr. Allen's fees and expenses as required by Rule 26(b)(4)(C) of the Federal Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs move the Court for an order requiring Defendant Globe to pay the fees and expenses incurred by Mr. Allen related to the preparation and giving of his above identified depositional testimony.

        ***/s/Christopher E. Sanspree***
        CHRISTOPHER E. SANSPREE
        Attorney for the Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343 Telephone/(334) 954-7555 Facsimile

Mr. William B Matthews, Jr.
**Matthews & Filmore, L.L.C.**
Post Office Box 1145
Ozark, Alabama 36361
(334) 774-8804 telephone

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of the same in the United States Mail, first class, postage prepaid on this the **22nd** day of **March,** 2007.


*s/Christopher E. Sanspree*
OF COUNSEL


Robert E. Poundstone IV
**Bradley Arant Rose & White, LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
(334) 956-7700
(334) 956-7701 fax