IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KAREN LURIE,                              )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )      Case No. 1:06-cv-0034MEF
                                          )
GLOBE LIFE AND ACCIDENT                   )
INSURANCE COMPANY, et al.                 )
                                          )
        Defendants.                       )

## AMENDED NOTICE OF DEPOSITION

**TO:**            Christopher E. Sanspree, Esq.
                   Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                   Post Office Box 4160
                   Montgomery, Alabama 36103-4160

                   William B. Matthews, Jr., Esq.
                   Matthews & Filmore, LLC
                   Post Office Box 1145
                   Ozark, Alabama 36361

**DEPONENT:**      **John Allen**

**TIME:**          9:30 a.m.

**DATE:**          December 7, 2006

**LOCATION:**      Law Office of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                   272 Commerce Street
                   Montgomery, Alabama 36104

        Please take notice that at the above stated time, date and location, Defendant,

Globe Life and Accident Insurance Company, will, by oral examination, take the testimony of

**John Allen** for the purpose of discovery and/or for use as evidence in this action, before a court

reporter or before some other duly qualified officer, in accordance with the Federal Rules of

Civil Procedure. The oral examination will continue until completed.

1

**EXHIBIT**

**A**

The deponent is commanded to bring to the deposition the documents described in Exhibit "A" attached hereto.

Respectfully submitted,

_____
Robert E. Poundstone IV (POU006)
**One of the Attorneys for Defendant Globe
Life and Accident Insurance Company**

OF COUNSEL

Philip H. Butler
Robert E. Poundstone IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document on:

Christopher E. Sanspree, Esq.
Beasley, Allen, et al.
Post Office Box 4160
Montgomery, Alabama 36103-4160

William B. Matthews, Jr., Esq.
Matthews & Filmore, L.L.C.
Post Office Box 1145
Dothan, Alabama 36361

by placing copies in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this _28th_ day of November, 2006.

OF COUNSEL

3

## EXHIBIT A

1. Any and all documents considered by you in forming your opinions in this case.

2. Any file maintained with respect to any of the parties in this action.

3. A current curriculum vitae or resume.

4. All articles, books, treatises or other writings which the deponent has published relative to the subject matter upon which he is expected to testify in this case.

5. Any notes made by you regarding all work and any other studies done in this case.

6. All notes or correspondence with anyone in connection with this lawsuit.

7. All documents, notes, memos, reports, correspondence, records, computer information, and any and all other documents or data upon which you have relied in forming your opinions in this case.

8. All reports made by you in connection with this lawsuit.

9. All exhibits you intend to introduce, use, or refer to at the trial of this case.

10. All treatises, articles, books, or other information used or replied upon by you in forming any opinions in this case.

11. All standards, rules, guidelines, regulations or any other written materials upon which the deponent relies in order to form the basis of any opinion in this case.

12. Your entire file on this case.

13. A listing of other cases you have testified in, either at trial or by deposition, in the past.

14. Transcripts of all testimony given by the deponent at trial, in deposition or otherwise at anytime within the past ten years.

# FREEDOM COURT REPORTING

**Page 1**

```
1        IN THE UNITED STATES DISTRICT COURT
2        FOR THE MIDDLE DISTRICT OF ALABAMA
3               SOUTHERN DIVISION
4
5   KAREN LURIE,
6        Plaintiff,
7   versus              1:06-CV-0034MEF
8   GLOBE LIFE AND ACCIDENT
9   INSURANCE COMPANY, et al.,
10       Defendants.
11
12
13        * * * * * * * * * * * *
14
15       DEPOSITION OF JOHN H. ALLEN,
16  taken pursuant to stipulation and agreement
17  before Jackie Parham, Certified Shorthand
18  Reporter and Commissioner for the State of
19  Alabama at Large, in the law offices of
20  Beasley, Allen, Crow, Methvin, Portis & Miles,
21  272 Commerce Street, Montgomery, Alabama, on
22  Thursday, the 7th day of December, 2006,
23  commencing at approximately 9:30 a.m.
```

**Page 2**

```
1             APPEARANCES
2
3   APPEARING ON BEHALF OF THE PLAINTIFF:
4   CHRISTOPHER E. SANSPREE, ESQUIRE
5   Beasley, Allen, Crow, Methvin,
6     Portis & Miles
7   272 Commerce Street
8   Montgomery, Alabama 36104
9
10
11  APPEARING ON BEHALF OF THE DEFENDANTS:
12  PHILIP H. BUTLER, ESQUIRE
13  Bradley, Arant, Rose & White
14  401 Adams Avenue
15  Suite 780
16  Montgomery, Alabama 36104
17
18
19        * * * * * * * * * * * *
20
21
22
23
```

**Page 3**

```
1              STIPULATION
2        It is hereby stipulated and agreed by
3   and between counsel representing the parties
4   that the deposition of
5             JOHN H. ALLEN
6   may be taken before Jackie Parham, Certified
7   Shorthand Reporter and Commissioner for the
8   State of Alabama at Large, without the
9   formality of a commission, and all formality
10  with respect to other procedural requirements
11  is waived; that objections to questions, other
12  than objections as to the form of the question,
13  need not be made at this time, but may be
14  reserved for a ruling at such time as the said
15  deposition may be offered in evidence or used
16  for any other purpose, by either party, as
17  provided for by the Federal Rules of Civil
18  Procedure.
19        It is further stipulated and agreed by
20  and between the parties hereto and the witness
21  that the signature of the witness to this
22  deposition is hereby not waived.
23
```

**Page 4**

```
1           INDEX OF EXHIBITS
2
3   DX-1 (Allen depo in Moorer case) ..... 13
4   DX-1A (Page 158 of Allen depo in .... 13
5       Moorer case)
6   DX-2 (CV) ............................ 16
7   DX-3 (John Allen depo in ............ 23
8       Provident case)
9   DX-3A (Pages 33 - 36 of John ........ 23
10      Allen depo in Provident
11      case)
12  DX-4 (John Allen depo in American ... 32
13      Fidelity case)
14  DX-4A (Page 19 of John Allen depo ... 32
15      in Am. Fidelity case)
16  DX-1B (Page 25 of John Allen depo ... 36
17      in Moorer case)
18  DX-5 (John Allen depo in American ... 55
19      Pioneer case)
20  DX-5A (Page 16 of depo of John ...... 55
21      Allen in Am. Pioneer case)
22  DX-6 (Cover of book entitled ........ 68
23      Liability Claim Practices)
```

1 (Pages 1 to 4)



EXHIBIT

B

# FREEDOM COURT REPORTING

| Page 153 | Page 155 |
|---|---|
| 1    form. | 1   KAREN LURIE, |
| 2  A.  That would be from having reviewed and | 2       Plaintiff, |
| 3    worked with life claims as an expert and | 3    versus        1:06-CV-0034MEF |
| 4    as a consultant. | 4   GLOBE LIFE AND ACCIDENT |
| 5  Q.  For lawyers in civil cases? | 5   INSURANCE COMPANY, et al., |
| 6  A.  Yes. | 6       Defendants. |
| 7  Q.  Thank you, sir.  That's all. | 7 |
| 8     (Off-the-Record discussion) | 8  on Thursday, the 7th day of December, 2006. |
| 9     MR. BUTLER:  Let's mark this as | 9    The foregoing 154 computer-printed pages |
| 10    our next number, number 12. | 10  contain a true and correct transcript of the |
| 11    We will mark it as 12 and | 11  examination of said witness by counsel for the |
| 12    we'll get that back to you, | 12  parties set out herein.  The reading and signing |
| 13    Mr. Allen. | 13  of same is hereby not waived. |
| 14    (Defendant's Exhibit 12 marked | 14    I further certify that I am neither of kin |
| 15    for purposes of identification) | 15  nor of counsel to the parties to said cause, nor |
| 16    MR. BUTLER:  What is 12? | 16  in any manner interested in the results thereof. |
| 17    THE WITNESS:  Exhibit 12 is a | 17 |
| 18    three-ring binder that I | 18 |
| 19    prepared that has my | 19    _____ |
| 20    handwritten notes, | 20    JACKIE PARHAM, Certified |
| 21    deposition summaries, and | 21    Shorthand Reporter and |
| 22    documents that were produced | 22    Commissioner for the State |
| 23    by the plaintiff and | 23    of Alabama at Large |

**Page 154**

1    defendant.
2    MR. BUTLER:  Thank you, sir.
3
4    * * * * * * * * * * * * *
5    FURTHER DEPONENT SAITH NOT
6    * * * * * * * * * * * * *
7
8    REPORTER'S CERTIFICATE
9  STATE OF ALABAMA,
10  MONTGOMERY COUNTY,
11    I, Jackie Parham, Certified Shorthand
12  Reporter and Commissioner for the State of
13  Alabama at Large, do hereby certify that I
14  reported the deposition of:
15    JOHN H. ALLEN,
16  who was first duly sworn by me to speak the
17  truth, the whole truth, and nothing but the
18  truth, in the matter of:
19
20    IN THE UNITED STATES DISTRICT COURT
21    FOR THE MIDDLE DISTRICT OF ALABAMA
22    SOUTHERN DIVISION
23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

*Attorneys at Law*

February 20, 2007

**VIA FACSIMILE AND U.S. MAIL**

Mr. Philip H. Butler
**Bradley Arant Rose & White, LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

    **Re:  *Karen Lurie v. Globe Life & Accident Insurance Company, et al.,***

Dear Mr. Butler:

    Please find this letter a request on the status of the enclosed invoice for Mr. John H. Allen. I have enclosed a copy of the itemized invoice of expenses from John H. Allen Consulting, pertaining to the deposition of Mr. Allen in the above reference case along with the accompanying letter. Please feel free to call me if you should have any questions.

        Sincerely,

        **BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**

        *Christopher E. Sanspree*

        CHRISTOPHER E. SANSPREE

CES/bth
Enclosure

**EXHIBIT**

C

February 28, 2007


Philip H. Butler, Attorney
The Alabama Center for Commerce
401 Adams Ave. Suite 780
Montgomery, Alabama 36104

**Re: Karen Lurie v. Globe Life & Accident Insurance Co. ,et al**

Dear Mr. Butler:

    Your were previously forwarded my bill of January 3, 2007 for my deposition that you noticed and took on 12-07-06. The expenses and fees have not been paid to date. Attached is an inquiry letter of 02-20-07, from Attorney Sanspree requesting the status of the payment as it has not been received to date.

    Attached is a copy of that invoice and I would appreciate your seeing that this is paid by March 10, 2007, as there has been ample time to pay this bill.


             Sincerely,

             02/28/07

             John H. Allen

March 14, 2007

Philip H. Butler, Attorney
The Alabama Center for Insurance
401 Adams Ave. Suite 780
Montgomery, Alabama 36104

**Re: Karen Lurie v. Globe Life and Accident Ins. Co. et al.**

Dear Mr. Butler:

Attached are copies of the previous correspondence sent to you concerning my Fees and expenses for my deposition that you took in December ,2006 that remain unpaid after multiple requests and no response from you.

If payment in full is not received by 03-14-07, I will take this matter to the Court and the Alabama Bar Association for your blatant inaction, failure to communicate and failure to pay the bill.

Sincerely,

03/14/07

John H. Allen

Letter Enclosures: 01-03-07
                   02-20-07
                   02-28-07

COPY

January 3, 2007

Christopher E. Sanspree, Esquire
PO Box 4160
Montgomery, Alabama 36103-4160

**RE: Lurie v. Globe Life Ins.**

Dear Mr. Sanspree:

The following is my bill for services in giving my deposition in the above referred matter. It Is my understanding that Attorney Butler is responsible for this bill.

Please forward this bill to his attention. Attached is a copy of this billing for your file.

Fees:
12-07-06     Travel to and from Montgomery. Give deposition
             Testimony.                                        7.50 hrs.

Expenses:
12-07-06     Mileage          = $ 91.00

Fees = 7.50 hours at $ 175.00 per hour = $ 1,312.50
Expenses =                                       91.00
                      Total Due  $ 1,403.50
Tax ID 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

                        Sincerely,

                        JHA 02/28/07

                        John H. Allen

cc. Chris Sanspree