IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAREN LURIE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-0034-MEF |
| ) | |
| GLOBE LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of plaintiff's Motion to Compel Payment of Expert Fees and Expenses (Doc. #30) filed on March 22, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before March 30, 2007 as to why the motion should not be granted.

DONE this the 23rd day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE