IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAREN LURIE,                    ) | |
|                                 ) | |
|     Plaintiff,                  ) | |
| v.                              ) | CASE NO. 1:06-cv-0034-MEF |
|                                 ) | |
| GLOBE LIFE AND ACCIDENT         ) | |
| INSURANCE COMPANY,              ) | |
|                                 ) | |
|     Defendant.                  ) | |

## **O R D E R**

Upon consideration of plaintiff's Motion to Compel Payment of Expert Fees and Expenses (Doc. #30) filed on March 22, 2007, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 2nd day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE